USDC SCAN INDEX SHEET

















BJR    4/10/00    10:07

3:00-CV-00716   NYKO TECHNOLOGIES V. RED LINE LAB INC

*1*

*CMP.*

ORIGINAL
FILED

00 APR -7 PM 4: 15

~ ~ ~ DISTRICT COURT
~ ~ ~ ~ OF CALIFORNIA

BY: B. Reed DEPUTY

1  LYON & LYON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   JEFFREY M. OLSON (SBN 104074)
3  MANUEL F. DE LA CERRA (SBN 189313)
   4225 Executive Square, Suite 800
4  La Jolla, California  92037
   Telephone: (858) 552-8400
5

6  Attorneys for Plaintiff
   Nyko Technologies, Inc.
7

8

9              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
10

11                                        '00 CV 00716 JM (POR)

12  NYKO TECHNOLOGIES, INC., A     )   Case No.:
    CALIFORNIA CORPORATION         )
13                                 )   **COMPLAINT FOR DECLARATORY**
            Plaintiff,             )   **RELIEF OF PATENT INVALIDITY AND**
14                                 )   **NON-INFRINGEMENT UNDER 28 U.S.C.**
         v.                        )   **§§ 2201 AND 2202**
15                                 )
    RED LINE LABORATORIES, INC., A )   **DEMAND FOR JURY TRIAL UNDER**
16  CALIFORNIA CORPORATION, G.I.   )   **FED.R. CIV.P. 38(B) AND LOCAL RULE**
    MANUFACTURING INDUSTRIES, INC., A )  **38.1**
17  NEW HAMPSHIRE CORPORATION,     )
18  STEVEN G. LEISERSON, AN INDIVIDUAL,)
                                   )
19          Defendants.            )
                                   )
20

21

22       Plaintiff, Nyko Technologies, Inc. ("Nyko"), files this Complaint against the above-

23  named defendants, Red Line Research Laboratories, Inc., ("Red Line"), G.I.

24  Manufacturing Industries, Inc., ("G.I."), and Steven G. Leiserson ("Leiserson"),

25  demanding a trial by jury, and alleges as follows:

26  ///

27  ///

28

*Sidebar:* LYON & LYON LLP  4225 EXECUTIVE SQUARE, SUITE 800  LA JOLLA, CA 92037  (858) 552-8400

**THE PARTIES**

1.       Plaintiff, Nyko, is a corporation organized and existing under the laws of the state of California, having its principal place of business and corporate headquarters located at 2311 South Cotner Avenue, Suite D, Los Angeles, California, 90064.

2.       Upon information and belief, defendant Red Line is a corporation organized and existing under the laws of the state of California, having its principal place of business at 10845 Wheatlands Ave, Suite C, Santee, CA 92071, and a registered agent in Steve Leisersin, 10845 Wheatlands Ave, Suite C, Santee, CA 92071.

3.       Upon information and belief, defendant G.I. is a corporation organized and existing under the laws of the state of New Hampshire, having its principal place of business at 37 Crystal Ave. Suite 282, Derry, NH, 03038, and a registered agent in Gregory Iaquinto, 32A Stonehouse Lane, Keene, NH 03431.

4.       Upon information and belief, defendant Leiserson is an individual residing in California with his principal place of business at 10845 Wheatlands Ave, Suite C, Santee, CA 92071.

**JURISDICTION AND VENUE**

5.       This is an action for a declaratory judgment. Included in the relief sought is a determination that United States Patent Nos. 5,192,904 (the "'904 patent"), 5,225,760 (the "'760 patent"), 5,260,636 (the "'636 patent") 5,426,358 (the "'358 patent"), 5,506,488 (the "'488 patent"), and 5,608,303 (the "'303 patent") (collectively the "patents-in-suit") are invalid, and not infringed by Nyko. The action arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, and the patent laws of the United States, Title 35, United States Code. Subject matter jurisdiction is vested in this Court by 28 U.S.C. §§ 1331 and 1338(a).

LYON & LYON LLP
4225 EXECUTIVE SQUARE, SUITE 800
LA JOLLA, CA 92037
(858) 552-8400

138968.1

2

1       6.      On information and belief, personal jurisdiction is proper for all the

2   Defendants because each either personally resides in this judicial district or sufficiently

3   transacts business within this judicial district.

4       7.      Venue is proper based on 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

5

6   **DECLARATORY RELIEF OF PATENT INVALIDITY AND NON-INFRINGEMENT**

7       8.      On information and belief, the '904 patent entitled "Rechargeable Battery

8   Conversion Kit" issued to Leiserson on March 9, 1993 (Attached hereto as Exhibit 1).

9   On information and belief, at least a substantial portion of the rights, title and interest in

10  and to the '904 patent was licensed and/or assigned to Red Line and G.I.

11      9.      On information and belief, the '760 patent entitled "Rechargeable Power

12  Pack" issued to Leiserson on July 6, 1993 (Attached hereto as Exhibit 2).   On

13  information and belief, at least a substantial portion of the rights, title and interest in and

14  to the '760 patent was licensed and/or assigned to Red Line and G.I.

15      10.      On information and belief, the '636 patent entitled "Plug-in Rechargeable

16  Battery Unit" issued on November 9, 1993 to Leiserson (Attached hereto as Exhibit 3).

17  On information and belief, at least a substantial portion of the rights, title and interest in

18  and to the '636 patent was licensed and/or assigned to Red Line and G.I.

19      11.      On information and belief, the '358 patent entitled "Plug-in Rechargeable

20  Battery Unit" issued on June 20, 1995 to Leiserson (Attached hereto as Exhibit 4).   On

21  information and belief, at least a substantial portion of the rights, title and interest in and

22  to the '358 patent was licensed and/or assigned to Red Line and G.I.

23      12.      On information and belief, the '488 patent entitled "Rechargeable Power

24  Pack For Use In Devices Powered By Multiple Batteries" issued to Leiserson on April 9,

25  1996 (Attached hereto as Exhibit 5).  On information and belief, at least a substantial

26  portion of the rights, title and interest in and to the '488 patent was licensed and/or

27  assigned to Red Line and G.I.

28

LYON & LYON LLP
4225 EXECUTIVE SQUARE, SUITE 800
LA JOLLA, CA 92037
(858) 552-8400

138968.1                3

13.    On information and belief, the '303 patent entitled "Video Game Power Pack" issued to Leiserson on March 4, 1997 (Attached hereto as Exhibit 6). On information and belief, at least a substantial portion of the rights, title and interest in and to the '303 patent was licensed and/or assigned to Red Line and G.I.

14.    Nyko is a leading designer and manufacturer of video game accessories, including power supply devices for video games.  Two such products are Nyko's Power Pack and Nyko's Shock 'n' Rock.

15.    Defendants' actions have created on the part of Nyko a reasonable apprehension that Defendants will initiate litigation against it for alleged infringement of the patents-in-suit if Nyko continues to manufacture, sell, offer to sell or use its power supply devices, including the Nyko Power Pack and the Nyko Shock 'n' Rock. Defendant G.I. has sent letters to Nyko asserting its exclusive rights in and to the patents-in-suit, accusing Nyko of infringing each of the patents-in-suit, and threatening litigation for the alleged infringement.

16.    Nyko is not infringing and is not threatening to infringe any valid, enforceable claims of the patents-in-suit, directly or indirectly.

17.    Each of the patents-in-suit is invalid on one or more of the following grounds:

      a)  the inventions lack novelty under 35 U.S.C. §§ 102(a), (b), (e), (f), and (g);

      b)  the inventions are obvious under 35 U.S.C. § 103(a); and

      c)  the specifications fail to set forth the disclosure and claim requirements of 35 U.S.C. § 112, first and second paragraphs.

18.    An actual and justiciable controversy within the meaning of 28 U.S.C. §§ 2201 and 2202 exists between Nyko and the Defendants with respect to the validity and infringement of the patents-in-suit.

19.    This case is an exceptional case under 35 U.S.C. § 285 such that Nyko is entitled to recover its attorney's fees.

LYON & LYON LLP
4225 EXECUTIVE SQUARE, SUITE 600
LA JOLLA, CA 92037
(858) 552-8400

1

## PRAYER FOR RELIEF

2      WHEREFORE, Nyko prays that this Court enter a declaratory judgment that:

3      A.     U. S. Patent No. 5,192,904 is invalid, and not infringed by any product or

4 method made, used, sold or offered for sale by or for Nyko;

5      B.     U. S. Patent No. 5,225,760 is invalid, and not infringed by any product or

6 method made, used, sold or offered for sale by or for Nyko;

7      C.     U. S. Patent No. 5,260,636 is invalid, and not infringed by any product or

8 method made, used, sold or offered for sale by or for Nyko;

9      D.     U. S. Patent No. 5,426,358 is invalid, and not infringed by any product or

10 method made, used, sold or offered for sale by or for Nyko;

11      E.     U. S. Patent No. 5,506,488 is invalid, and not infringed by any product or

12 method made, used, sold or offered for sale by or for Nyko;

13      F.     U. S. Patent No. 5,608,303 is invalid, and not infringed by any product or

14 method made, used, sold or offered for sale by or for Nyko;

15      G.     Defendant G.I. and all officers, agents, employees, representatives and

16 counsel of G.I., and all persons in active concert or participation with any of them,

17 directly or indirectly, be enjoined from charging infringement of, or instituting any action

18 for infringement of U.S. Patent Nos. 5,192,904, 5,225,760, 5,260,636, 5,426,358,

19 5,506,488, and 5,608,303 against Nyko, its customers, or any distributor or user of

20 Nyko's power supply devices, including, without limitation, the Nyko Power Pack and

21 the Nyko Shock 'n' Rock.

22      H.     Defendant Red Line and all officers, agents, employees, representatives

23 and counsel of Red Line, and all persons in active concert or participation with any of

24 them, directly or indirectly, be enjoined from charging infringement of, or instituting any

25 action for infringement of U.S. Patent Nos. 5,192,904, 5,225,760, 5,260,636, 5,426,358,

26 5,506,488, and 5,608,303 against Nyko, its customers, or any distributor or user of

27 Nyko's power supply devices, including, without limitation, the Nyko Power Pack and

28 the Nyko Shock 'n' Rock.

LYON & LYON LLP
4225 EXECUTIVE SQUARE, SUITE 800
LA JOLLA, CA 92037
(858) 552-8400

1    I.    Defendant Leiserson and all officers, agents, employees, representatives

2  and counsel of Leiserson, and all persons in active concert or participation with any of

3  them, directly or indirectly, be enjoined from charging infringement of, or instituting any

4  action for infringement of U.S. Patent Nos. 5,192,904, 5,225,760, 5,260,636, 5,426,358,

5  5,506,488, and 5,608,303 against Nyko, its customers, or any distributor or user of

6  Nyko's power supply devices, including, without limitation, the Nyko Power Pack and

7  the Nyko Shock 'n' Rock.

8    J.    That this case be declared "exceptional" under 35 U.S.C. § 285 and Nyko

9  be awarded its reasonable attorney's fees and costs upon prevailing in the action; and

10    K.    That Nyko be granted such other and further relief as this Court may deem

11  just and proper.

13                            Respectfully submitted,

14                            LYON & LYON LLP

17  Dated: April 7, 2000         By

18                                 Jeffrey M. Olson
                                    Manuel F. de la Cerra

19                                 Attorneys for Plaintiff
                                    NYKO TECHNOLOGIES, INC.

LYON & LYON LLP
4225 EXECUTIVE SQUARE, SUITE 800
LA JOLLA, CA  92037
(858) 552-8400

1

## **DEMAND FOR JURY TRIAL**

2      Pursuant to Fed.R. Civ.P. 38(b) and Local Rule 38.1, Plaintiff Nyko

3   Technologies, Inc. hereby demands a trial by jury on all issues triable in this action.

4

5                                    Respectfully submitted,

6                                    LYON & LYON LLP

7

8   Dated: April 7, 2000                    By

9                                        Jeffrey M. Olson
                                         Manuel F. de la Cerra
10
                                         Attorneys for Plaintiff
11                                       NYKO TECHNOLOGIES, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 3:00-cv-00716-JM-JFS   Docume [barcode]   U. 92904A

# United States Patent [19]

## Leiserson

[11] **Patent Number:** 5,192,904

[45] **Date of Patent:** Mar. 9, 1993

[54] **RECHARGEABLE BATTERY CONVERSION KIT**

[76] Inventor: **Steven B. Leiserson,** 10845 Wheatlands, Ste. C, Santee, Calif. 92071

[21] Appl. No.: **887,479**

[22] Filed: **May 22, 1992**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 793,122, Nov. 18, 1991.

[51] Int. Cl.⁵ ............................................. H01M 2/10
[52] U.S. Cl. ........................................ 320/2; 429/100
[58] Field of Search ................. 320/2; 429/96, 97, 98, 429/99, 100

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,757,194 | 9/1973 | Weber et al. | 320/2 |
| 3,782,814 | 1/1974 | Greenblatt | 429/99 X |
| 3,883,789 | 5/1975 | Achenbach et al. | 320/2 |
| 4,065,710 | 12/1977 | Zytka | 320/2 |
| 4,315,364 | 2/1982 | Leffingwell | 320/2 X |
| 4,389,469 | 6/1983 | Nicholls | 429/98 |
| 4,563,627 | 1/1986 | Orban | 320/2 X |
| 4,853,302 | 8/1989 | Yamanaka et al. | 429/100 X |
| 5,015,546 | 5/1991 | Dulaney et al. | 429/99 |
| 5,038,093 | 8/1991 | Edwards et al. | 320/2 |
| 5,061,579 | 10/1991 | Ishimoto | 429/100 X |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0084024 | 3/1990 | Japan | 320/2 |

Primary Examiner—Steven L. Stephan
Assistant Examiner—Kristine Peckman

[57] **ABSTRACT**

A rechargeable power kit designed to replace a set of alkaline batteries and the battery compartment cover of an electronic device comprises a set of NiCad rechargeable batteries and a cover assembly including an additional battery station to compensate for lower rated voltage of NiCad power cells, a recharging connector and associated current limiting circuit, and a flexible conductor with terminals specially adapted for insertion between the battery poles and the corresponding terminals of the compartment.

**12 Claims, 3 Drawing Sheets**



**EXHIBIT 1**
**Page 8 of 59**

Case 3:00-cv-00716-JM-JFS   Document 1   Filed 04/07/00   Page 11 of 71



FIG 7

FIG 8

EXHIBIT 1
Page 9 of 59

Case 3:00-cv-00716-JM-JFS   Document 1   Filed 04/07/00   Page 12 of 71



PRIOR ART
FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5

FIG. 6

**EXHIBIT 1**
**Page 10 of 59**

Case 3:00-cv-00716-JM-JFS   Document 1   Filed 04/07/00   Page 13 of 71



FIG 7

FIG 8

**EXHIBIT 1**
**Page 11 of 59**

Case 3:00-cv-00716-JM-JFS   Document 1   Filed 04/07/00   Page 14 of 71



EXHIBIT 1
Page 12 of 59

5,192,904

- 2

# RECHARGEABLE BATTERY CONVERSION KIT

## PRIOR APPLICATION

This is a continuation-in-part of copending application Ser. No. 07/793,122 filed Nov. 18, 1991.

## FIELD OF THE INVENTION

This invention relates to rechargeable power packs for portable electrical devices.

## BACKGROUND OF THE INVENTION

Many portable, battery-powered electronic devices such as radios, pagers, cassette recorders and the like have a covered battery compartment that is sized to accommodate several cylindrical batteries and to interconnect them in a parallel or a serial configuration. The sides of the compartment have spiral spring terminals designed to forcedly contact the negative, bottom poles of the batteries, and stationary plates to contact their positive top located poles. Batteries, whether rechargeable or not, must be inserted one by one between pairs of such terminals. Other electronic instruments with a higher power draw such as video recorders accept a power pack housing a plurality of rechargeable power cells. A recharged power pack may be conveniently substituted for a run-down one in a few seconds.

It would be advantageous to replace the set of batteries of the first-described type of instrument by a rechargeable power pack which would fit in the battery compartment. However, the presence of the various spiral spring terminals and the battery-separating ribs that usually line the bottom of the battery compartment interfere with the insertion of such power packs.

It would be even more advantageous to replace either the non-rechargeable batteries or the rechargeable power pack of an electronic device with a kit comprising rechargeable cells and a circuit allowing recharging during or after operation of the device.

One of the problems encountered in making substitution of non-rechargeable power cells with a like number of rechargeable ones is the lesser rating voltage of the latter which may result in unacceptable power supply voltage levels.

## SUMMARY OF THE INVENTION

The principal and secondary object of the invention is to provide a replacement for a set of batteries normally required to energize a portable electrical device by a single, rechargeable power pack or set of rechargeable batteries that fit within the battery compartment and provides reliable contact with positive and negative terminals originally designed for contact with the various batteries positive and negative poles.

This and other valuable objects are achieved in a first approach, by means of a power pack shaped and dimensioned to be inserted in the battery compartment of an electrical device. The top of the power pack is exactly symmetrical with the battery compartment cover which it replaces. The power pack has a pair of flexible terminal prongs that are specially designed to provide a good contact with both the spiral spring-type negative terminal or the positive stationary terminal between which cylindrical batteries are normally inserted. In a second approach, rechargeable substitute batteries are provided with a substitute battery compartment cover

that include an additional battery station and an in-line recharging circuitry.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a perspective view of a battery compartment of the prior art;

FIG. 2 is a perspective view of a rechargeable power pack according to the invention;

FIG. 3 is a detail view illustrating contact with a spiral-spring, negative battery terminal;

FIG. 4 is a detail view illustrating contact with a stationary, positive battery terminal;

FIG. 5 is an electrical diagram of the power pack;

FIG. 6 is a perspective view of an alternate embodiment of the invention.

FIG. 7 is a perspective view of a rechargeable battery kit;

FIG. 8 is a bottom plan view of the battery compartment cover assembly;

FIG. 9 is a perspective view of a first alternate conductor assembly;

FIG. 10 is a cross-sectional view of a customized contact assembly;

FIG. 11 is a perspective view of a second alternate conductor assembly;

FIG. 12 is a perspective view of a third alternate conductor assembly;

FIG. 13 is a perspective view of a modified flexible strip;

FIG. 14 is a schematic of a first embodiment of the battery kit: and

FIG. 15 is a schematic of a second embodiment thereof.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS OF THE INVENTION

Referring now to the drawing, there is illustrated in FIG. 1 the battery holding compartment 1 of an electrical device such as a portable radio, cassette recorder, video game unit or the like. The compartment, shown made of transparent material for the sake of clarity, is designed to hold four AA sized batteries wired in series. Only the first battery 2 is illustrated in phantom lines. A removable cover 3 closes the access 4 to the battery compartment, and is secured by a flange 5 along a section of the lower back edge 6 of the cover and a detent clip 7 mounted along front edge 8. The flange 5 bears against the underside of a ledge 9 formed in the rear rim section of the compartment 1. The detent strip 7 passes through a notch 10 in a front ledge section 11 of the compartment, then under that ledge. Each battery is inserted between two terminals 12, 13, 14, 15, 16, 17, and 18, 19. The positive poles at the top of the batteries are placed against stationary positive terminals 12, 14, 16, and 18. The negative pole forming the bottom of the batteries are pressed against spiral springs 13, 15, 17, and 19 forming the negative terminals. Straps 20, 21 and 22 between terminals 13 and 14, 15, and 16, and 17 and 18 combine the batteries into a series arrangement. The positive terminal 12 and the negative terminal 19 pass through the front wall 23 of the compartment and are connected by appropriate wiring 24, 25 to the electrical device circuits. The batteries are separated and cradled by parallel ribs 26–30 formed into the bottom of the compartment.

FIG. 2 illustrates a rechargeable power pack 31, according to the invention, that may be substituted for the four batteries and cover 3 into the compartment 1 of

**EXHIBIT 1**

**Page 13 of 59**

3

FIG. 1. The power pack has a flat top 32 which is exactly symmetrical to the cover 3. It also includes a rear flange 33 and a front detent clip 34 to secure the power pack 31 into the compartment 1. A tray 35 containing a group of rechargeable power cells is welded to the bottom of the cover 32. The tray comprises a peripheral wall 36 and a bottom piece 37. The front section 38 and back section 39 of the peripheral walls are spaced apart from the inner front and back walls of the compartment 1 in order to provide clearance for the spiral-spring terminals 13, 15, 17, and 19. Slots 40–44 in the bottom piece 37 are shaped and positioned to engage the ribs 26–30 in the bottom of the compartment 1 so that the tray 35 occupies the entire depth of the compartment. The median and lower portion of the front section 38 of the peripheral wall is slanted downwardly and inwardly in order to provide additional clearance for the spiral-spring terminals.

Connection between the power pack 31 and the positive and negative terminals 12 and 19 of the compartment are provided by a pair of resiliently flexible prongs 45 and 46 that extend in front of the front section 38 of the peripheral wall. The prongs 45, 46 are identical and are configured to provide a good wiping contact with either the stationary-type terminal 12 or the compressible spiral-spring terminal 19 as illustrated in FIGS. 3 and 4. Each prong is formed from a small strip of copper that begins inside the tray where it is connected to the network of power cells. A hairpin-shaped portion 49 of the strip passes over the top rim of the front wall 38 through one of a pair of slots 47, 48 in the flat top 32. After running shortly downward along the upper outer surface of the front wall 38 it bows away from the front wall section 38 to form a semi-circular arcuate portion 50. When the power pack 31 is inserted into the compartment 1, the negative prong 46 slips between spiral coils of the negative spring terminal 19, providing a good contact with a terminal after a wiping movement which clears the contacting areas of any oxide or other deposit. The arcuate portion 50 of the other prong 45 comes in contact with the positive stationary terminal 12, and is deflected slightly until its apex 51 bears firmly against the positive terminal 12. The movement of the prong against the terminal also provides a good wiping movement of the contacting surfaces.

The pair of slots 47, 48 in the flat top provide access to the electrical output of the power pack for use in powering accessories or in wiring auxiliary external power packs in parallel with the one placed in the battery compartment. A recharging connector 52 is also mounted on the flat top.

The set of four rechargeable power cells 53–56 inside the tray 35 are wired in series as illustrated in FIG. 5. A diode 57 and resistor 58 wired in parallel connect the positive output of the series of power cells to the positive terminals of the charging connector 52 and the positive prong terminal 45. Since the anode 59 of the diode 57 is connected to the positive output of the power cells any charging current must pass through the current limiting resistor 58. Any current drawn from the power cells flows directly though the diode 57.

In the case where the original batteries are not laid side-by-side but on end in a battery compartment of an electrical device, the power pack according to the invention must have the general configuration 60 illustrated in FIG. 6. The two contacting prongs 61, 62 are located at opposite ends of the power pack.

4

One of those prongs 61 has a distal end 63 that curves inwardly to penetrate a lower section of the side wall 64 where it remains embedded for better stability. Due to the inwardly and downwardly orientation of the side wall 64, this type of prong provides effective contact with either types of terminals.

The universal configuration of the power pack terminal prongs, not only will be compatible with the spiral-spring type or stationary type terminals illustrated in this example, but also with a variety of resilient and non-resilient, slotted or integral terminals which may be found in a variety of battery compartments.

FIGS. 7–15 illustrate an alternate approach to the power pack consisting essentially in the replacement of the non-rechargeable batteries in the battery compartment 65 of an electrical device 66 by a set 67 of similarly sized rechargeable batteries, and replacement of the original battery compartment cover by an assembly 68 specially configured to allow recharging of the battery set 67 either during or after operation of the device 66.

The assembly 68 comprises a substantially planar support 69 that is shaped and dimensioned to mimic the original battery compartment cover of the device and effectively close the opening 70 of that compartment in place of the original cover. As more specifically illustrated in FIGS. 7 and 8, the planar support is connected to the battery compartment and the batteries by a detachable flexible strip 71 which at a first end 72 is permanently attached to the underside of the planar support 69, and includes at its distal end 73 two tips 74, 75 that are shaped and dimensioned to be inserted between the poles of two batteries and their corresponding terminals in the walls of the compartment 65.

In order to compensate for the lower voltage rating, typically 1.2 volt, of NiCad batteries compared to the voltage rating, typically 1.5 volt, of an alkaline battery, an additional battery station 76 is provided in the upper surface of the planar support 69. A socket 77 also mounted on the upper surface of the planar support is designed to receive a jack connector of a recharging current source. An electrical circuit 78 including a charging current limiting resistor 79 and a by-pass diode 80 interconnects the socket 77 and the additional battery station 76 to three connection points 81, 82 and 83 on the proximal end section 72 of the flexible strip 71.

In this embodiment, the flexible strip 72 is made from a laminated sheet of insulating material, as is commonly used in the fabrication of flexible cables, upon which three electrical conductors 84, 85, and 86 have been printed according to well-known techniques. A part 87 of the proximal end section of the flexible strip is also used to mount the electrical circuit 78 and carry appropriate wiring conductors between the additional battery station terminals 88, 89, the socket 77, the resistor 79, and the diode 80. The flexible strip 72 is hinged along a first fold line 90 parallel and proximal to the front edge 91 of the planar support 69. The distal end is also folded along a second fold line 92 so that when the contacting tips 74 and 75 are inserted between the poles and corresponding terminals of the two end batteries 93, 94 of the set 67, the assembly assumes the Z-shaped configuration illustrated in FIG. 7. This particular arrangement allows for easy and convenient insertion of the contacting tips 74, 75 and closure and reopening of the battery compartment 65. As more specifically shown in the diagram of FIG. 14, the first tip 74 which contacts the positive pole of battery 93 and the positive terminal 95 of the compartment has a first pole-contacting area 97

EXHIBIT 1
Page 14 of 59

5

6

that is connected to conductor 84 on one side of the tip 74 and a first terminal contacting area 98 connected to conductor 85 on the opposite face of the tip 74. The first pole-contacting area 97 and the first terminal-contacting area 98 are insulated by the thickness of the tip 74. By contrast, the second pole-contacting area 99 on one side of the second tip 75 and the second terminal-contacting area 100 on the opposite side of that tip are both connected to conductor 86 by means of a feed-through 101, (FIG. 8) or other appropriate technique.

In the event that the compartment 65 houses an odd number of batteries, the two tips must be positioned on opposite sides of the compartment. This is achieved by separating the distal halves 102, 103 of the flexible strip, and folding one half 103 along a third fold line 104 as illustrated in FIG. 13.

When a limited number of batteries are reused by the device, the additional battery station 76 of FIG. 1 may be omitted since the voltage difference between the rechargeable type and non-rechargeable type of batteries may be insignificant. FIG. 15 illustrates the wiring of such a simplified assembly where only three batteries are used, necessitating placement of the tips at opposite sides of the battery compartment. In the embodiment illustrated by the schematic of FIG. 14, the diode 80 is used to by-pass the current limiting resistor 79 when the current necessary to operate the device is drawn from the rechargeable batteries. The schematic of FIG. 15 illustrates an alternate arrangement wherein the socket 77 incorporates a switch 105 that acts in lieu of the diode 80 of the alternate embodiment to short-circuit the resistor 79 when the operating current is drawn directly from the battery set and not from the remote charging source. The switch 105 is opened when the recharge current source jack is inserted into the socket, thus placing the resistor 79 in the recharging current path to the batteries.

Illustrated in FIGS. 9, 11 and 12 are alternate embodiments of the flexible connection between the substitute battery compartment cover and the battery poles and terminals, using separate wires and cables instead of a printed flexible strip. In the embodiment of FIG. 9, the contacting tips 74, 75 of the previously described embodiments are replaced by a cap 106 and a disc 107. The cap 106 is shaped and dimensioned to fit over the positive poles of the batteries. The disc 107 is designed to lie against the negative pole of the batteries. The caps have an internal, battery pole-contacting element 108 which is separated from the surrounding terminal-contacting element 109 by an insulator 110. In the embodiment illustrated in FIG. 11, the cap and disc are separated and positioned by a small strip 111 of insulating rigid material which facilitates the selection of the battery connections and their positioning into the battery compartment.

In the embodiment of FIG. 12, pole-contacting areas and terminal-contacting areas are printed on a substrate 112 in a manner similar to the technique used on the flexible strip of the previously described embodiment of the invention. In this embodiment, the tips 112 and 113 are positioned for insertion in opposite sides of the compartment housing an odd number of rechargeable batteries.

In order to prevent use of the battery-recharging assembly according to this invention with non-rechargeable batteries, the positive pole-contacting area of a cap or tip may be provided with an insulated nib 115 which projects from the center of the pole-contact-

ing area and thus prevent contact between the battery pole 116 and its contacting area 117 unless the positive pole of the battery has a cavity 118 positioned to engage the nib 115. Such a cavity would be provided exclusively on rechargeable batteries. In such a case, the specially configured batteries and the recharging assembly would be provided as a complete replacement kit for the rechargeable batteries.

While the preferred embodiments of the invention have been described, modifications can be made and other embodiments may be devised without departing from the spirit of the invention and the scope of the appended claims.

What is claimed is:

1. The combination of an electrical device having a compartment shaped and dimensioned to hold at least a first battery having a positive pole and a negative pole, said compartment having an opening sized to allow loading and unloading said first battery, positive and negative terminals protruding from lateral sections of said compartment, said terminals being positioned to contact said poles and wired to carry electrical currents form said poles to electrical circuits in said device, and a removable cover shaped and dimensioned to close said opening, a rechargeable power supply assembly which comprises:

a support member;

a current conducting means secured at a first end to said support and having first and second tips at an opposite end, each tip being shaped and dimensioned for insertion between one of said poles and one of said terminals, each of said tips having a terminal-contact area on a side and a pole-contacting area on an opposite side; and

an electrical circuit on said support member for feeding current from a remote current source to said poles and terminals via said current conducting means.

2. The assembly of claim 1, wherein said current conducting means includes:

three separate connections at said first end;

a first conductor joining a first of said connections to the first tip and being in electrical contact with a first pole-contacting area on one side of said first tip and with a first terminal-contact area on an opposite side of said first tip;

a second conductor joining a second of said connections to the second tip and being in electrical contact with a second pole-contacting area on one side of said second tip; and

a third conductor joining a third of said connections to the second tip and being in electrical contact with a second terminal-contact area of an opposite side of said second tip, said second pole-contacting area of said second tip being electrically insulated from said second terminal-contacting area.

3. The assembly of claim 2, wherein said support member comprises a substantially planar support shaped and dimensioned to close said opening in place of said removable cover.

4. The assembly of claim 3, wherein said support comprises means for mounting an additional battery in series with said first battery.

5. The assembly of claim 2, wherein said current conducting means comprises a strip of non-conductive material having said conductors printed thereupon.

6. The assembly of claim 5, wherein said strip has a proximal end section secured to said cover and said

**EXHIBIT 1**
**Page 15 of 59**

5,192,904

8

connection mounted on said proximal end section, and a bifurcated distal end section having a first leg terminated by said first tip and a second leg terminated by said second tip.

7. The assembly of claim 6, wherein said second leg is folded away from said first leg, whereby said first and second tips are positioned to contact terminals at opposite sides of said compartment.

8. The assembly of claim 2, wherein said electrical circuit means, comprises a current limiting resistor wired in series with said battery.

9. The assembly of claim 8, wherein said electrical circuit means further comprises a diode wired in parallel with said resistor and oriented to allow unlimited current flow between said battery and said terminals.

10. The assembly of claim 8, for use exclusively in connection with rechargeable batteries comprising a positive pole contact surface having a central cavity and for inhibiting contact with terminals of other batteries lacking said cavity, wherein at least one of said tips comprises an insulated nib extending from a pole-contacting area, said nib being shaped and dimensioned to engage into said cavity.

11. The assembly of claim 3, wherein said support member comprises a bi-polar socket for receiving a mating connector wired to said remote current source.

12. The assembly of claim 5, wherein said current conducting means is made from a flexible web-like material.

*   *   *   *   *

EXHIBIT 1
Page 16 of 59

US005225760A

# United States Patent [19]

Leiserson

[11] Patent Number: 5,225,760

[45] Date of Patent: Jul. 6, 1993

[54] RECHARGEABLE POWER PACK

[76] Inventor: Steven G. Leiserson, 10845 Wheatlands Ave. Ste. C, Santee, Calif. 92071-7244

[21] Appl. No.: 793,122

[22] Filed: Nov. 18, 1991

[51] Int. Cl.⁵ ............................................. H02J 7/00
[52] U.S. Cl. ............................... 320/2; 429/98
[58] Field of Search .................. 320/2, 5, 6, 15, 17; 429/96, 97, 98, 99, 100

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,757,194 | 9/1973 | Weber et al. | 320/2 |
| 3,883,789 | 5/1975 | Achenbach et al. | 320/2 |
| 4,389,469 | 6/1983 | Nicholls | 429/98 |
| 4,563,627 | 1/1986 | Orban | 320/2 X |

FOREIGN PATENT DOCUMENTS

0084024  3/1990  Japan .................................... 320/2

*Primary Examiner*—Kristine L. Peckman
*Attorney, Agent, or Firm*—Henri J. A. Charmasson

[57]                    ABSTRACT

A rechargeable power pack is shaped and dimensioned to be inserted in the battery compartment of an electrical device. The top of the power pack is exactly symmetrical with the battery compartment cover which it replaces. The power pack houses rechargeable power cells, and has a peripheral wall spaced apart from the sides of the battery compartment mounting the battery contact terminals. Flexible prongs project from the peripheral walls to provide a wiping contact with either a spiral spring negative terminal or stationary positive terminal of the compartment. A top mounted connector allows recharging of the power pack either during or after the operation of the electrical device.

13 Claims, 1 Drawing Sheet



**EXHIBIT 2**
**Page 17 of 59**

**U.S. Patent**                     July 6, 1993                     5,225,760



PRIOR ART

FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5

FIG. 6

**EXHIBIT 2**
**Page 18 of 59**

5,225,760

1

## RECHARGEABLE POWER PACK

### FIELD OF THE INVENTION

This invention relates to rechargeable power packs for portable electrical devices.

### BACKGROUND OF THE INVENTION

Many portable, battery-powered electronic devices such as radios, pagers, cassette recorders and the like have a covered battery compartment that is sized to accommodate several cylindrical batteries and to interconnect them in a parallel or a serial configuration. The sides of the compartment have spiral spring terminals designed to forcedly contact the negative, bottom poles of the batteries, and stationary plates to contact their positive top located poles. Batteries, whether rechargeable or not, must be inserted one by one between pairs of such terminals. Other electronic instruments with a higher power draw such as video recorders accept a power pack housing a plurality of rechargeable power cells. A recharged power pack may be conveniently substituted for a run-down one in a few seconds.

It would be advantageous to replace the set of batteries of the first-described type of instrument by a rechargeable power pack which would fit in the battery compartment. However, the presence of the various spiral spring terminals and the battery-separating ribs that usually lining the bottom of the battery compartment interfere with the insertion of such power packs.

### SUMMARY OF THE INVENTION

The principal and secondary object of the invention is to provide a replacement for a set of batteries normally required to energize a portable electrical device by a single, rechargeable power pack that fits within the battery compartment and provides reliable contact with positive and negative terminals originally designed for contact with the various batteries positive and negative poles.

This and other valuable objects are achieved by means of a power pack shaped and dimensioned to be inserted in the battery compartment of an electrical device. The top of the power pack is exactly symmetrical with the battery compartment cover which it replaces. The power pack has a pair of flexible terminal prongs that are specially designed to provide a good contact with both the spiral spring-type negative terminal or the positive stationary terminal between which cylindrical batteries are normally inserted.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a perspective view of a battery compartment of the prior art;

FIG. 2 is a perspective view of a rechargeable power pack according to the invention;

FIG. 3 is a detail view illustrating contact with a spiral-spring, negative battery terminal;

FIG. 4 is a detail view illustrating contact with a stationary, positive battery terminal;

FIG. 5 is an electrical diagram of the power pack; and

FIG. 6 is a perspective view of an alternate embodiment of the invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS OF THE INVENTION

Referring now to the drawing, there is illustrated in FIG. 1 the battery holding compartment 1 of an electri-

2

cal device such as a portable radio, cassette recorder, video game unit or the like. The compartment, shown made of transparent material for the sake of clarity, is designed to hold four AA sized batteries wired in series. Only the first battery 2 is illustrated in phantom lines. A removable cover 3 closes the access 4 to the battery compartment, and is secured by a flange 5 along a section of the lower back edge 6 of the cover and a detent clip 7 mounted along front edge 8. The flange 5 bears against the underside of a ledge 9 formed in the rear rim section of the compartment 1. The detent strip 7 passes through a notch 10 in a front ledge section 11 of the compartment, then under that ledge. Each battery is inserted between two terminals 12, 13, 14, 15, 16, 17, and 18, 19. The positive poles at the top of the batteries are placed against stationary positive terminals 12, 14, 16, and 18. The negative pole forming the bottom of the batteries are pressed against spiral springs 13, 15, 17, and 19 forming the negative terminals. Straps 20, 21 and 22 between terminals 13 and 14, 15, and 16, and 17 and 18 combine the batteries into a series arrangement. The positive terminal 12 and the negative terminal 19 pass through the front wall 23 of the compartment and are connected by appropriate wiring 24, 25 to the electrical device circuits. The batteries are separated and cradled by parallel ribs 26–30 formed into the bottom of the compartment.

FIG. 2 illustrates a rechargeable power pack 31, according to the invention, that may be substituted for the four batteries and cover 3 into the compartment 1 of FIG. 1. The power pack has a flat top 32 which is exactly symmetrical to the cover 3. It also includes a rear flange 33 and a front detent clip 34 to secure the power pack 31 into the compartment 1. A tray 35 containing a group of rechargeable power cells is welded to the bottom of the cover 32. The tray comprises a peripheral wall 36 and a bottom piece 37. The front section 38 and back section 39 of the peripheral walls are spaced apart from the inner front and back walls of the compartment 1 in order to provide clearance for the spiral-spring terminals 13, 15, 17, and 19. Slots 40–44 in the bottom piece 37 are shaped and positioned to engage the ribs 26–30 in the bottom of the compartment 1 so that the tray 35 occupies the entire depth of the compartment. The median and lower portion of the front section 38 of the peripheral wall is slanted downwardly and inwardly in order to provide additional clearance for the spiral-spring terminals.

Connection between the power pack 31 and the positive and negative terminals 12 and 19 of the compartment are provided by a pair of resiliently flexible prongs 45 and 46 that extend in front of the front section 38 of the peripheral wall. The prongs 45, 46 are identical and are configured to provide a good wiping contact with either the stationary-type terminal 12 or the compressible spiral-spring terminal 19. As illustrated in FIGS. 3 and 4, each prong is formed from a small strip of copper that begins inside the tray where it is connected to the network of power cells. A hairpin-shaped portion 49 of the strip passes over the top rim of the front wall 38 through one of a pair of slots 47, 48 in the flat top 32. After running shortly downward along the upper outer surface of the front wall 38 it bows away from the front wall section 38 to form a semi-circular arcuate portion 50. When the power pack 31 is inserted into the compartment 1, the negative prong 46 slips between spiral coils of the negative spring terminal 19, providing a

**EXHIBIT 2**
**Page 19 of 59**

5,225,760

| 3 | 4 |

good contact with a terminal after a wiping movement which clears the contacting areas of any oxide or other deposit. The arcuate portion 50 of the other prong 45 comes in contact with the positive stationary terminal 12, and is deflected slightly until its apex 51 bears firmly against the positive terminal 12. The movement of the prong against the terminal also provides a good wiping movement of the contacting surfaces.

The pair of slots 47, 48 in the flat top provide access to the electrical output of the power pack for use in powering accessories or in wiring auxiliary external power packs in parallel with the one placed in the battery compartment. A recharging connector 52 is also mounted on the flat top.

The set of four rechargeable power cells 53–56 inside the tray 35 are wired in series as illustrated in FIG. 5. A diode 57 and resistor 58 wired in parallel connect the positive output of the series of power cells to the positive terminals of the charging connector 52 and the positive prong terminal 45. Since the anode 59 of the diode 57 is connected to the positive output of the power cells any charging current must pass through the current limiting resistor 58. Any current drawn from the power cells flows directly though the diode 57.

In the case where the orignal batteries are not laid side-by-side but on end in a battery compartment of an electrical device, the power pack according to the invention must have the general configuration 60 illustrated in FIG. 6. The two similar contacting prongs 61, 62 are located at opposite ends of the power pack.

The universal configuration of the power pack terminal prongs, not only will be compatible with the spiral-spring type or stationary type terminals illustrated in this example, but also with a variety of resilient and non-resilient, slotted or integral terminals which may be found in a variety of battery compartments.

While the preferred embodiments of the invention have been described, modifications can be made and other embodiments may be devised without departing from the spirit of the invention and the scope of the appended claims.

What is claimed is:

1. In combination with an electrical device having a compartment shaped and dimensioned to hold a plurality of batteries, said compartment having an opening sized to allow loading and unloading said batteries, terminals protruding from lateral sections of said compartment and wired to carry electrical currents from said batteries to electrical circuits in said device, at least one of said terminals including a resiliently compressible first contact member positioned to forcefully contact a pole of one of said batteries, and at least one of said terminals including a second contact member positioned to contact an opposite pole of said one of said batteries, and a removable cover shaped and dimensioned to close said opening, a rechargeable power supply which comprises:

   a housing shaped and dimensions to be introduced into said compartment through said opening;

   at least one rechargeable power cell mounted within said housing and having positive and negative poles;

   means for feeding a charging current to said at least one power cell when said power supply is in use in said electrical device, said means including a connector positioned on said housing to be accessible when said housing is within said compartment; and

   means for connecting said at least one power cell to said terminals.

2. In combination with an electrical device having a compartment shaped and dimensioned to hold a plurality of batteries, said compartment having an opening sized to allow loading and unloading said batteries, terminals protruding from lateral sections of said compartment and wired to carry electrical currents from said batteries to electrical circuits in said device, at least one of said terminals including a resiliently compressible first contact member positioned to forcefully contact a pole of one of said batteries, and at least one of said terminals including a second contact member positioned to contact an opposite pole of said one of said batteries, and a removable cover shaped and dimensioned to close said opening, a rechargeable power supply which comprises:

   a housing shaped and dimensioned to be introduced into said compartment through said opening; at least one rechargeable power cell mounted within said housing and having positive and negative poles;

   means for feeding a charging current to said at least one power cell; and

   means for connecting said at least one power cell to said terminals;

   wherein said housing comprises;

   a top piece having a flat peripheral border symmetrical with said cover;

   a tray bonded to said border, said tray comprising a peripheral wall substantially perpendicular to said border and a bottom piece substantially parallel to said border, said wall being sufficiently spaced-apart from said lateral section to avoid contact with said terminals; and

   a pair of resiliently flexible prongs protruding laterally from said housing and positioned to come in contact with a positive one and a negative one of said terminals.

3. The combination of claim 2, wherein said compressible member comprises a spring having a series of spiral coils; and

   each of said flexible prongs comprises a strip of metal having an arcuate portion.

4. The combination of claim 3, wherein said compartment comprises a plurality of parallel bottom ribs spaced to position and cradle said at least one power cells; and

   said bottom piece has slots positioned and dimensioned to engage said ribs.

5. The combination of claim 2, wherein said means for feeding a charging current comprise:

   a two-pole connector mounted into said top piece, said connector being wired to said prongs.

6. The combination of claim 5, wherein said means for connecting comprise:

   a resistor and a diode, said diode having an anode terminal and a cathode terminal, said resistor and diode being wired in parallel between said positive terminal and the positive pole of said at least one power cell, the anode terminal of the diode being wired to said positive pole.

7. The combination of claim 4, wherein said peripheral border has a pair of holes providing access to said means for connecting.

8. The combination of claim 3, wherein said strip of metal comprises:

**EXHIBIT 2**
**Page 20 of 59**

5,225,760

5

a first section beginning inside said housing and passing through an aperture at the junction of a top section of said peripheral wall and of said peripheral border;

a second section substantially perpendicular to said first section and running downwardly proximate an outer portion of the peripheral wall, said second section having a median area bowing away from said outer portion of the wall in a substantially semi-circular shape forming said arcuate portion.

9. The combination of claim 8, wherein said outer portion of the peripheral wall is slanted downwardly and away from said arcuate portion of the strip of metal.

10. The combination of claim 8, wherein an apex area of the arcuate portion of said flexible prongs is positioned to wipingly come into forced contact with said second contact member.

6

11. The combination of claim 8, wherein the arcuate portion of one of said flexible prongs is positioned to wipingly slip between two of said coils of said resiliently compressible member.

12. The combination of claim 1, wherein said housing has a top shaped and dimensioned to close said opening in lieu of said removable cover, said connector being mounted on said top; and

said means for feeding a charging current comprises a current-limiting circuit between said connector and said least at power cell.

13. The combination of claim 12, wherein said means for connecting comprises two symmetrical flexible prongs protruding from said housing and positioned to come into contact with a positive one and a negative one of said terminals when said power supply is inserted into said compartment.

* * * * *

EXHIBIT 2
Page 21 of 59

Case 3:00-cv-00716-JM-JFS   Document [illegible]   [illegible]

5005260636A

# United States Patent [19]

## Leiserson et al.

[11] Patent Number: **5,260,636**

[45] Date of Patent: * Nov. 9, 1993

[54] **PLUG-IN RECHARGEABLE BATTERY UNIT**

[75] Inventors: Steven G. Leiserson, Ste. C 10845 Wheatlands Ave., Santee, Calif. 92071; Richard L. Groendyke, Yorba Linda, Calif.

[73] Assignee: Steven G. Leiserson, Santee, Calif.

[ * ] Notice: The portion of the term of this patent subsequent to Jul. 6, 2010 has been disclaimed.

[21] Appl. No.: 27,181

[22] Filed: Mar. 5, 1993

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 887,479, May 22, 1992, Pat. No. 5,192,904, and a continuation-in-part of Ser. No. 793,122, Nov. 18, 1991, Pat. No. 5,225,760.

[51] Int. Cl.⁵ .................................. H02J 7/00
[52] U.S. Cl. ................................. 320/2; 429/98
[58] Field of Search ............... 320/2; 429/96, 97, 98, 429/99, 100

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,109,064 | 8/1978 | Warner et al | 429/99 X |
| 4,315,364 | 2/1982 | Leffingwell | 320/2 X |
| 4,389,469 | 6/1983 | Nicholls | 429/98 |
| 4,563,627 | 1/1986 | Orban | 320/2 X |
| 5,061,579 | 10/1991 | Ishimoto | 429/96 |
| 5,191,275 | 3/1993 | Singhal | 320/2 |
| 5,200,280 | 4/1993 | Karasa | 429/99 X |
| 5,212,021 | 5/1993 | Smith et al | 429/99 X |

*Primary Examiner*—Kristine L. Peckman
*Attorney, Agent, or Firm*—Henri J. A. Charmasson

[57] **ABSTRACT**

A rechargeable power pack is shaped and dimensioned to be inserted in the battery compartment of an electrical device. The top of the power pack is exactly symmetrical with the battery compartment cover which it replaces. The power pack houses rechargeable power cells, and has a peripheral wall spaced apart from the sides of the battery compartment mounting the battery contact terminal. Flexible prongs project from the peripheral walls to provide a wiping contact with either a spiral spring negative terminal or a stationary positive terminal of the compartment. A top mounted connector allows recharging of the power pack even while in use on the electrical device. Baffles mounted astride each flexible prong avert damage to the prong during insertion of the power pack into the battery compartment.

17 Claims, 4 Drawing Sheets



**EXHIBIT 3**
**Page 22 of 59**

Case 3:00-cv-00716-JM-JFS Document 1 Filed 04/07/00 Page 27 of 71



FIG. 1  PRIOR ART

FIG. 2

FIG. 3

FIG. 4

FIG. 5

FIG. 6

EXHIBIT 3
Page 23 of 59



FIG 7

FIG 8

EXHIBIT 3
Page 24 of 59

Case 3:00-cv-00716-JM-JFS   Document 1   Filed 04/07/00   Page 29 of 71



EXHIBIT 3
Page 25 of 59



PRIOR ART

FIG. 16

FIG. 17

FIG. 18

FIG. 19

EXHIBIT 3
Page 26 of 59

5,260,636

1

# PLUG-IN RECHARGEABLE BATTERY UNIT

## PRIOR APPLICATION

This is a continuation-in-part application of copending application serial number 07/887,479, filed May 22, 1992, now U.S. Pat. No. 5,192,901 a continuation-in-part of Ser. No. 07/793,122 filed Nov. 18, 1991 now U.S. Pat. No. 3,225,760.

## FIELD OF THE INVENTION

This invention relates to rechargeable power packs for portable electrical devices.

## BACKGROUND OF THE INVENTION

Many portable, battery-powered electronic devices such as radios, pagers, cassette recorders and the like have a covered battery compartment that is sized to accommodate several batteries and to interconnect them in a parallel or a serial configuration. The sides of the compartment have spiral spring terminals designed to forcedly contact the negative, bottom poles of the batteries, and stationary plates to contact their positive top located poles. Batteries, whether rechargeable or not, must be inserted one by one between pairs of such terminals. Other electronic instruments with a higher power draw such as video recorders accept a power pack housing a plurality of rechargeable power cells. A recharged power pack may be conveniently substituted for a run-down one in a few seconds.

It would be advantageous to replace the set of batteries of the first-described type of instrument by a rechargeable power pack which would fit in the battery compartment. However, the presence of the various spiral spring terminals and the battery-separating ribs that usually line the bottom of the battery compartment interfere with the insertion of such power packs.

It would be even more advantageous to replace either the non-rechargeable batteries or the rechargeable power pack of an electronic device with a kit comprising rechargeable cells and a circuit allowing recharging during or after operation of the device.

One of the problems encountered in making substitution of non-rechargeable power cells with a like number of rechargeable ones is the lesser rating voltage of the latter which may result in unacceptable power supply voltage levels.

Flexible contact members used in power supply packages can be damaged during insertion into an electronic device if they are caught by the surrounding structure. There is a need for more reliable contact assemblies.

## SUMMARY OF THE INVENTION

The principal and secondary object of the invention are to provide a replacement for a set of batteries normally required to energize a portable electrical device by a single, rechargeable power pack or set of rechargeable batteries that fit within the battery compartment and provide reliable contact with positive and negative terminals originally designed for contact with the various batteries positive and negative poles.

This and other valuable objects are achieved in a first approach, by means of a power pack shaped and dimensioned to be inserted in the battery compartment of an electrical device. The top of the power pack is exactly symmetrical with the battery compartment cover which it replaces. The power pack has a pair of flexible terminal prongs that are specially designed to provide a

good contact with either the spiral spring-type negative terminal or the positive stationary terminal found in many devices between which cylindrical batteries are normally inserted. In a second approach, rechargeable substitute batteries are provided with a substitute battery compartment cover that include an additional battery station and an in-line recharging circuitry. Lateral baffle protecting the contact members of a power supply package during insertion into an electronic device are disclosed.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a perspective view of a battery compartment of the prior art;

FIG. 2 is a perspective view of a rechargeable power pack according to the invention;

FIG. 3 is a detail view illustrating contact with a spiral-spring, negative battery terminal;

FIG. 4 is a detail view illustrating contact with a stationary, positive battery terminal;

FIG. 5 is an electrical diagram of the power pack;

FIG. 6 is a perspective view of an alternate embodiment of the invention;

FIG. 7 is a perspective view of a rechargeable battery

FIG. 8 is a bottom plan view of the battery compartment cover assembly;

FIG. 9 is a perspective view of a first alternate conductor assembly;

FIG. 10 is a cross-sectional view of a customized contact assembly;

FIG. 11 is a perspective view of a second alternate conductor assembly;

FIG. 12 is a perspective view of a third alternate conductor assembly;

FIG. 13 is a perspective view of a modified flexible strip;

FIG. 14 is a schematic of a first embodiment of the battery kit;

FIG. 15 is a schematic of a second embodiment thereof;

FIG. 16 is a detail side view of the prior art contact assembly;

FIG. 17 is a detail view of an improved contact assembly;

FIG. 18 is a perspective view of the preferred embodiment of the contact assembly; and

FIG. 19 is a perspective view of an alternate embodiment of the contact assembly.

## DESCRIPTION OF THE PREFERRED EMBODIMENT OF THE INVENTION

Referring now to the drawing, there is illustrated in FIG. 1 the battery-holding compartment 1 of an electrical device such as a portable radio, cassette recorder, video game unit or the like. The compartment, shown made of transparent material for the sake of clarity, is designed to hold four AA-sized batteries wired in series. Only the first battery 2 is illustrated in phantom lines. A removable cover 3 closes the access 4 to the battery compartment, and is secured by a flange 5 along a section of the lower back edge 6 of the cover and a detent clip 7 mounted along the front edge 8. The flange 5 bears against the underside of a ledge 9 formed in the rear rim section of the compartment 1. The detent strip 7 passes through a notch 10 in a front ledge section 11 of the compartment, then under that ledge. Each battery is inserted between two terminals 12, 13, 14, 56, 16,

**EXHIBIT 3**
**Page 27 of 59**

5,260,636

17, and 18. 19. The positive poles at the top of the batteries are placed against stationary positive terminals 12, 14, 16, and 18. The negative pole forming the bottom of the batteries are pressed against spiral springs 13, 15, 17, and 19 forming the negative terminals. Straps 20, 21 and 22 between terminals 13 and 14, 15, and 16, and 17 and 18 combine the batteries into a series arrangement. The positive terminal 12 and the negative terminal 19 pass through the front wall 23 of the compartment and are connected by appropriate wiring 24, 25 to the electrical device circuits. The batteries are separated and cradled by parallel ribs 26–30 formed into the bottom of the compartment.

FIG. 2 illustrates a rechargeable power pack 31, according to the invention, that may be substituted for the four batteries and cover 3 into the compartment 1 of FIG. 1. The power pack has a top 32 the periphery of which is exactly symmetrical to the periphery of cover 3. It also includes a rear flange 33 and a front detent clip 34 to secure the power pack 31 into the compartment 1. A tray 35 containing a group of rechargeable power cells is welded to the bottom of the cover 32. The tray comprises a peripheral wall 36 and a bottom piece 37. The front section 38 and back section 39 of the peripheral walls are spaced apart from the inner front and back walls of the compartment 1 in order to provide clearance for the spiral-spring terminals 13, 15, 17, and 19. Slots 40–44 in the bottom piece 37 are shaped and positioned to engage the ribs 26–30 in the bottom of the compartment 1 so that the tray 35 occupies the entire depth of the compartment. The median and lower portion of the front section 38 of the peripheral wall is slanted downwardly and inwardly in order to provide additional clearance for the spiral-spring terminals.

Connection between the power pack 31 and the positive and negative terminals 12 and 19 of the compartment are provided by a pair of resiliently flexible prongs 45 and 46 that extend in front of the front section 38 of the peripheral wall. The prongs 45, 46 are identical and are configured to provide a good wiping contact with either the stationary-type terminal 12 or the compressible spiral-spring terminal 19 as illustrated in FIGS. 3 and 4. Each prong is formed from a small strip of copper that begins inside the tray where it is connected to the network of power cells. A hairpin-shaped portion 49 of the strip passes over the top rim of the front wall 38 through one of a pair of slots 47, 48 in the flat top 32. After running shortly downward along the upper outer surface of the front wall 38 it bows away from the front wall section 38 to form a semi-circular arcuate portion 50. When the power pack 31 is inserted into the compartment 1, the negative prong 46 slips between spiral coils of the negative spring terminal 19, providing a good contact with a terminal after a wiping movement 55 which clears the contacting areas of any oxide or other deposit. The arcuate portion 50 of the other prong 45 comes in contact with the positive stationary terminal 12, and is deflected slightly until its apex 51 bears firmly against the positive terminal 12. The movement of the prong against the terminal also provides a good wiping movement of the contacting surfaces.

The pair of slots 47, 48 in the flat top provide access to the electrical output of the power pack for use in powering accessories or in wiring auxiliary external power packs in parallel with the one placed in the battery compartment. A recharging connector 52 is also mounted on the flat top.

The set of four rechargeable power cells 53–56 inside the tray 35 are wired in series as illustrated in FIG. 5. A diode 57 and resistor 58 wired in parallel connect the positive output of the series of power cells to the positive terminals of the charging connector 52 and the positive prong terminal 45. Since the anode 59 of the diode 57 is connected to the positive output of the power cells any charging current must pass through the current limiting resistor 58. Any current drawn from the power cells flows directly through the diode 57.

In the case where the original batteries are not laid side-by-side but on end in a battery compartment of an electrical device, the power pack according to the invention must have the general configuration 60 illustrated in FIG. 6. The two contacting prongs 61, 62 are located at opposite ends of the power pack.

One of those prongs 61 has a distal end 63 that curves inwardly to penetrate a lower section of the side wall 64 where it remains embedded for better stability. Due to the inwardly and downwardly orientation of the side wall 64, this type of prong provides effective contact with either types of terminals.

The universal configuration of the power pack terminal prongs, not only will be compatible with the spiral-spring type or stationary type terminals illustrated in this example, but also with a variety of resilient and non-resilient, slotted or integral terminals which may be found in a variety of battery compartments.

FIGS. 7–15 illustrate an alternate approach to the power pack consisting essentially in the replacement of the non-rechargeable batteries in the battery compartment 65 of an electrical device 66 by a set 67 of similarly sized rechargeable batteries, and replacement of the original battery compartment cover by an assembly 68 specially configured to allow recharging of the battery set 67 either during or after operation of the device 66.

The assembly 68 comprises a substantially planar support 69 that is shaped and dimensioned to mimic the original battery compartment cover of the device and effectively close the opening 70 of that compartment in place of the original cover. As more specifically illustrated in FIGS. 7 and 8, the planar support is connected to the battery compartment and the batteries by a detachable flexible strip 71 which at a first end 72 is permanently attached to the underside of the planar support 69, and includes at its distal end 73 two tips 74, 75 that are shaped and dimensioned to be inserted between the poles of two batteries and their corresponding terminals in the walls of the compartment 65.

In order to compensate for the lower voltage rating, typically 1.2 volt, of NiCad batteries compared to the voltage rating, typically 1.5 volt, of an alkaline battery, an additional battery station 76 is provided in the upper surface of the planar support 69. A socket 77 also mounted on the upper surface of the planar support is designed to receive a jack connector of a recharging current source. An electrical circuit 78 including a charging current limiting resistor 79 and a by-pass diode 80 interconnects the socket 77 and the additional battery station 76 to three connection points 81, 82 and 83 on the proximal end section 72 of the flexible strip 71.

In this embodiment, the flexible strip 72 is made from a laminated sheet of insulating material, as is commonly used in the fabrication of flexible cables, upon which three electrical conductors 84, 85, and 86 have been printed according to well-known techniques. A part 87 of the proximal end section of the flexible strip is also used to mount the electrical circuit 78 and to carry

EXHIBIT 3
Page 28 of 59

5
6

appropriate wiring conductors between the additional battery station terminals 88, 89, the socket 77, the resistor 79, and the diode 80. The flexible strip 72 is hinged along a first fold line 90 parallel and proximal to the front edge 91 of the planar support 69. The distal end is also folded along a second fold line 92 so that when the contacting tips 74 and 75 are inserted between the poles and corresponding terminals of the two end batteries 93, 94 of the set 67, the assembly assumes the Z-shaped configuration illustrated in FIG. 7. This particular arrangement allows for easy and convenient insertion of the contacting tips 74, 75 and closure and reopening of the battery compartment 65. As more specifically shown in the diagram of FIG. 14, the first tip 74 which contacts the positive pole of battery 93 and the positive terminal 95 of the compartment has a first pole-contacting area 97 that is connected to conductor 84 on one side of the tip 74, and a first terminal contacting area 98 connected to conductor 85 on the opposite face of the tip 74. The first pole-contacting area 97 and the first terminal-contacting area 98 are insulated by the thickness of the tip 74. By contrast, the second pole-contacting area 99 on one side of the second tip 75 and the second terminal-contacting area 100 on the opposite side of that tip are both connected to conductor 86 by means of a feedthrough 101, or via any other appropriate technique.

In the event that the compartment 65 houses an odd number of batteries, the two tips must be positioned on opposite sides of the compartment. This is achieved by separating the distal halves 102, 103 of the flexible strip, and folding one half 103 along a third fold line 104 as illustrated in FIG. 13.

When a limited number of batteries are reused by the device, the additional battery station 76 of FIG. 1 may be omitted since the voltage difference between the rechargeable type and non-rechargeable type of batteries may be insignificant. FIG. 15 illustrates the wiring of such a simplified assembly where only three batteries are used, necessitating placement of the tips at opposite sides of the battery compartment. In the embodiment illustrated by the schematic of FIG. 14, the diode 80 is used to by-pass the current limiting resistor 79 when the current necessary to operate the device is drawn from the rechargeable batteries. The schematic of FIG. 15 illustrates an alternate arrangement wherein the socket 77 incorporates a switch 105 that acts in lieu of the diode 80 of the alternate embodiment to short-circuit the resistor 79 when the operating current is drawn directly from the battery set and not from the remote charging source. The switch 105 is opened when the recharge current source jack is inserted into the socket, thus placing the resistor 79 in the recharging current path to the batteries.

Illustrated in FIGS. 9, 11 and 12 are alternate embodiments of the flexible connection between the substitute battery compartment cover and the battery poles and terminals, using separate wires and cables instead of a printed flexible strip. In the embodiment of FIG. 9, the contacting tips 74, 75 of the previously described embodiments are replaced by a cap 106 and a disc 107. The cap 106 is shaped and dimensioned to fit over the positive poles of the batteries. The disc 107 is designed to lie against the negative pole of the batteries. The caps have an internal, battery pole-contacting element 108 which is separated from the surrounding terminal-contacting element 109 by an insulator 110. In the embodiment illustrated in FIG. 11, the cap and disc are separated and

positioned by a small strip 111 of insulating rigid material which facilitates the selection of the battery connections and their positioning into the battery compartment.

In the embodiment of FIG. 12, pole-contacting areas and terminal-contacting areas are printed on a substrate 112 in a manner similar to the technique used on the flexible strip of the previously described embodiment of the invention. In this embodiment, the tips 112 and 113 are positioned for insertion in opposite sides of the compartment housing an odd number of rechargeable batteries.

In order to prevent use of the battery-recharging assembly according to this invention with non-rechargeable batteries, the positive pole-contacting area of a cap or tip may be provided with an insulated nib 115 which projects from the center of the pole-contacting area and thus prevent contact between the battery pole 116 and its contacting area 117 unless the positive pole of the battery has a cavity 118 positioned to engage the nib 115. Such a cavity would be provided exclusively on rechargeable batteries. In such a case, the specially configured batteries and the recharging assembly would be provided as a complete replacement kit for the rechargeable batteries.

FIG. 16 illustrates the problematic bending of a flexible prong 119 mounted on the side of a power supply pack 120 during insertion into the battery compartment 121 of an electronic device when the prong is caught by the edge 122 of the compartment.

The problem is corrected by the improvement illustrated in FIGS. 17 and 18 where the distal unattached end 123 of an improved prong 124 is shielded by a baffle 125. The baffle is mounted next to the prong in a vertical plane parallel to it. The prong is formed of a contact oblique linear section 126 between the arcuate contact section 127 and the distal tip 123. This linear section of the prong forms a smooth sliding ramp for any contact between the edge 122 of the compartment and the prong. The root 128 of the prong is preferably spaced slightly apart from all the vertical lateral wall 129 of the power supply pack in order to increase the clearance for the inward flexible movement of the prong upon contact with the edge 22 of the compartment.

FIG. 18 illustrates the preferred embodiment of the prong assembly suitable for use on the power pack illustrated in FIG. 2; wherein a pair of baffles 129, 130 are used astride the prong 124.

In the alternate embodiment of the prong assembly illustrated in FIG. 19, the distal end 131 of the prong 132 nests into a cavity 133 along the lower edge of the housing side wall 143.

While the preferred embodiments of the invention have been described, modifications can be made and other embodiments may be devised without departing from the spirit of the invention and the scope of the appended claims.

What is claimed is:

1. In combination with an electrical device having a compartment shaped and dimensioned to hold a plurality of batteries, said compartment having an opening size to allow loading and unloading said batteries, terminals protruding from lateral sections of said compartment and wired to carry electrical currents from said batteries to electrical circuits in said device, a first one of said terminals including a resiliently compressible first contact member positioned to forcefully contact a pole of one of said batteries, and a second one of said

EXHIBIT 3
Page 29 of 59

7

terminals including a second contact member positioned to contact an opposite pole of said one of said batteries, and a removable cover shaped and dimensioned to close said opening, a rechargeable power supply which comprises:

a housing shaped and dimensioned to be at least partially introduced into said compartment through said opening;

at least one rechargeable power cell mounted within said housing and having positive and negative poles;

means for feeding a charging current to said at least one power cell when said power supply is in use in said electrical device, which means including a connector positioned on said housing to be accessible when said housing is within said compartment;

means for connecting said at least one cell to said terminals, including at least one resiliently compressible prong protruding laterally from said housing and positioned to come in contact with one of said terminals; and

means for preventing damage to said prong when said power supply is introduced into said compartment.

2. The combination of claim 1, wherein said compressible prong comprises a strip of metal having an arcuate portion.

3. The combination of claim 2, wherein and apex area of the arcuate portion of said flexible prongs is positioned to wipingly come into forced contact with one of said terminals.

4. The combination of claim 1, wherein said means for connecting further comprise:

a resistor and a diode, said diode having an anode terminal and a cathode terminal, said resistor and diode being wired in parallel between one of said terminals and the positive pole of said at least one power cell, the anode terminal of the diode being wired to said positive pole.

5. The combination of claim 1, wherein said housing has a top including a peripheral section shaped and dimensioned to close said opening in lieu of said removable cover, said connector being mounted on said top; and

said means for feeding a charging current comprises a current-limiting circuit between said connector and said at least one power cell.

6. The combination of claim 1, wherein said means for preventing damage to said prong comprise at least one rigid baffle commensurate with and extending along said prong.

7. In combination with an electrical device having a compartment shaped and dimensioned to hold a plurality of batteries, said compartment having an opening sized to allow loading and unloading said batteries, terminals protruding from lateral sections of said compartment and wired to carry electrical currents from said batteries to electrical circuits in said device, a first one of said terminals including a resiliently compressible first contact member positioned to forcefully contact a pole of one of said batteries, and a second one of said terminals including a second contact member positioned to contact an opposite pole of said one of said batteries, and a removable cover shaped and dimensioned to close said opening, a rechargeable power supply which comprises:

a housing shaped and dimensioned to be at least partially introduced into said compartment through said opening, and including a bottom piece and a peripheral wall;

8

at least one rechargeable power cell mounted within said housing and having positive and negative poles;

means for feeding a charging current to said at least one power cell when said power supply is in use in said electrical device, said means including a connector positioned on said housing to be accessible when said housing is within said compartment; and

means for connecting said at least one cell to said terminals;

at least one resiliently compressible prong protruding laterally from said housing and positioned to come in contact with one of said terminals; and

means for preventing damage to said prong when said housing is introduced into said compartment.

8. The combination of claim 7, wherein said compressible member comprises a spring having a series of spiral coils; and

said compressible prong comprises a strip of metal having an arcuate portion.

9. The combination of claim 8, wherein said compartment comprises a plurality of parallel prism ribs spaced to position and cradle said at least one power cell; and

said bottom piece has slots positioned and dimensioned to engage said ribs.

10. The combination of claim 8, wherein said strip of metal comprises:

a first section beginning inside said housing and passing through an aperture at a junction of a top section of said peripheral wall and of said border;

a second section substantially perpendicular to said first section and running downwardly proximate an outer portion of the peripheral wall, said second section having a median area bowing away from said outer portion of the wall in a substantially semi-circular shape forming said arcuate portion.

11. The combination of claim 10, wherein said outer portion of the peripheral wall is slanted downwardly and away from said arcuate portion of the strip of metal.

12. The combination of claim 10 wherein an apex area of the arcuate portion of said compressible prong is positioned to wipingly come into forced contact with said second contact member.

13. The combination of claim 10, wherein the arcuate portion of said prong compressible is positioned to wipingly slip between two of said coils of said resiliently compressible member.

14. The combination of claim 7, wherein said means for connecting comprise:

a resistor and a diode, said diode having an anode terminal and a cathode terminal, said resistor and diode being wired in parallel between one of said terminals and the positive pole of said at least one power cell, the anode terminal of the diode being wired to said positive pole.

15. The combination of claim 7, wherein said means for preventing damage to said prong comprise at least one rigid baffle commensurate with and extending along said prong.

16. In a power supply package shaped and dimensioned to be inserted into an electronic device, said package having at least one compressible prong positioned on one side of said package for interconnection with an electrical terminal in said electronic device, an improvement, for preventing damage to said prong, which comprises at least one rigid baffle extending alongside said prong.

17. The improvement of claim 16, wherein said at least one baffle comprises a pair of baffles placed astride said prong.

* * * * *

EXHIBIT 3
Page 30 of 59



US005426358A

# United States Patent [19]

## Leiserson et al.

[11] Patent Number: 5,426,358

[45] Date of Patent: * Jun. 20, 1995

[54] PLUG-IN RECHARGEABLE BATTERY UNIT

[75] Inventors: **Steven G. Leiserson**, 10845
Wheatlands Ave., Santee, Calif.
92071; **Richard L. Groendyke**, Yorba
Linda, Calif.

[73] Assignee: **Steven G. Leiserson**, Santee, Calif.

[ * ] Notice: The portion of the term of this patent
subsequent to Jul. 6, 2010 has been
disclaimed.

[21] Appl. No.: **111,929**

[22] Filed: **Aug. 26, 1993**

### Related U.S. Application Data

[63] Continuation of Ser. No. 27,181, Mar. 5, 1993, Pat. No.
5,260,636, and a continuation-in-part of Ser. No.
887,479, May 22, 1992, Pat. No. 5,192,904, and a con-
tinuation-in-part of Ser. No. 793,122, Nov. 18, 1991,
Pat. No. 5,225,760.

[51] Int. Cl.6 .......................................... H01M 10/46
[52] U.S. Cl. ...................................................... 320/2
[58] Field of Search ...................... 320/2, 5, 6, 15, 17;
429/96–100

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,757,194 | 9/1973 | Weber et al. | 320/2 |
| 4,389,469 | 6/1983 | Nicholls | 429/98 |
| 5,015,546 | 5/1991 | Dulaney et al. | 429/99 |
| 5,038,093 | 8/1991 | Edwards et al. | 320/2 |
| 5,061,579 | 10/1991 | Ishimoto | 429/96 |
| 5,200,280 | 4/1993 | Karasa | 429/99 X |
| 5,212,021 | 5/1993 | Smith et al. | 429/99 X |
| 5,260,636 | 11/1993 | Leiserson et al. | 320/2 |

*Primary Examiner*—Thomas M. Dougherty
*Assistant Examiner*—E. Tso
*Attorney, Agent, or Firm*—Henri J. A. Charmasson; John
D. Buchaca

[57] **ABSTRACT**

A rechargeable power pack is shaped and dimensioned
to be inserted in the battery compartment of an electri-
cal device. The top of the power pack is exactly sym-
metrical with the battery compartment cover which it
replaces. The power pack houses rechargeable power
cells, and has a peripheral wall spaced apart from the
sides of the battery contact terminal. Flexible prongs project from the pe-
ripheral walls to provide a wiping contact with either a
spiral spring negative terminal or a stationary positive
terminal of the compartment. A top mounted connector
allows recharging of the power pack even while in use
on the electrical device. Baffles mounted astride each
flexible prong avert damage to the prong during inser-
tion of the power pack into the battery compartment.

**9 Claims, 4 Drawing Sheets**



**EXHIBIT 4**
**Page 31 of 59**

Case 3:00-cv-00716-JM-JFS   Document 1   Filed 04/07/00   Page 37 of 71



PRIOR ART

FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5

FIG. 6

**EXHIBIT 4**
**Page 32 of 59**

Case 3:00-cv-00716-JM-JFS   Document 1   Filed 04/07/00   Page 38 of 71



*FIG 7*

*FIG 8*

EXHIBIT 4
Page 33 of 59



**EXHIBIT 4**
**Page 34 of 59**

**U.S. Patent**          June 20, 1995          Sheet 4 of 4          **5,426,358**



PRIOR ART

FIG. 16

FIG. 17

FIG. 18

FIG. 19

**EXHIBIT 4**
**Page 35 of 59**

5,426,358

1

## PLUG-IN RECHARGEABLE BATTERY UNIT

This is a continuation of application Ser. No. 027,181, filed Mar. 5, 1993, now U.S. Pat. No. 5,260,636, a continuation-in-part application of application Ser. No. 07/887,479, filed May 22, 1992, now U.S. Pat. No. 5,192,904, a continuation-in-part of Ser. No. 793,122 filed Nov. 18, 1991, now U.S. Pat. No. 5,225,760.

### FIELD OF THE INVENTION

This invention relates to rechargeable power packs for portable electrical devices.

### BACKGROUND OF THE INVENTION

Many portable, battery-powered electronic devices such as radios, pagers, cassette recorders and the like have a covered battery compartment that is sized to accommodate several batteries and to interconnect them in a parallel or a serial configuration. The sides of the compartment have spiral spring terminals designed to forcedly contact the negative, bottom poles of the batteries, and stationary plates to contact their positive top located poles. Batteries, whether rechargeable or not, must be inserted one by one between pairs of such terminals. Other electronical instruments with a higher power draw such as video recorders accept a power pack housing a plurality of rechargeable power cells. A recharged power pack may be conveniently substituted for a run-down one in a few seconds.

It would be advantageous to replace the set of batteries of the first-described type of instrument by a rechargeable power pack which would fit in the battery compartment. However, the presence of the various spiral spring terminals and the battery-separating ribs that usually line the bottom of the battery compartment interfere with the insertion of such power packs.

It would be even more advantageous to replace either the non-rechargeable batteries or the rechargeable power pack of an electronic device with a kit, comprising rechargeable cells and a circuit allowing recharging during or after operation of the device and delete the word "copending" at the end of the line. On page 3, line 7, add a comma before "comprising"; and on line 9, add, and dimensioned to nest into the device battery compartment in lieu of the batteries or power pack, and does not need to be removed from the compartment during the recharging operation-after "device".

One of the problems encountered in making substitution of non-rechargeable power cells with a like number of rechargeable ones is the lesser rating voltage of the latter which may result in unacceptable power supply voltage levels.

Flexible contact members used in power supply packages can be damaged during insertion into an electronic device if they are caught by the surrounding structure. There is a need for more reliable contact assemblies.

### SUMMARY OF THE INVENTION

The principal and secondary object of the invention are to provide a replacement for a set of batteries normally required to energize a portable electrical device by a single, rechargeable power pack or set of rechargeable batteries that fit within the battery compartment and provide reliable contact with positive and negative terminals originally designed for contact with the various batteries positive and negative poles.

2

This and other valuable objects are achieved in a first approach, by means of a power pack shaped and dimensioned to be inserted in the battery compartment of an electrical device. The top of the power pack is exactly symmetrical with the battery compartment cover which it replaces. The power pack has a pair of flexible terminal prongs that are specially designed to provide a good contact with either the spiral spring,type negative terminal or the positive stationary terminal found in many devices between which cylindrical batteries are normally inserted. In a second approach, rechargeable substitute batteries are provided with a substitute battery compartment cover that include an additional battery station and an in-line recharging circuitry. Lateral baffle protecting the contact members of a power supply package during insertion into an electronic device are disclosed.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a perspective view of a battery compartment of the prior art;

FIG. 2 is a perspective view of a rechargeable power pack according to the invention;

FIG. 3 is a detail view illustrating contact with a spiral-spring, negative battery terminal;

FIG. 4 is a detail view illustrating contact with a stationary, positive battery terminal;

FIG. 5 is an electrical diagram of the power pack;

FIG. 6 is a perspective view of an alternate embodiment of the invention;

FIG. 7 is a perspective view of a rechargeable battery kit;

FIG. 8 is a bottom plan view of the battery compartment cover assembly;

FIG. 9 is a perspective view of a first alternate conductor assembly;

FIG. 10 is a cross-sectional view of a customized contact assembly;

FIG. 11 is a perspective view of a second alternate conductor assembly;

FIG. 12 is a perspective view of a third alternate conductor assembly;

FIG. 13 is a perspective view of a modified flexible strip;

FIG. 14 is a schematic of a first embodiment of the battery kit;

FIG. 15 is a schematic of a second embodiment thereof;

FIG. 16 is a detail side view of the prior art contact assembly;

FIG. 17 is a detail view of an improved contact assembly;

FIG. 18 is a perspective view of the preferred embodiment of the contact assembly; and

FIG. 19 is a perspective view of an alternate embodiment of the contact assembly.

### DESCRIPTION OF THE PREFERRED EMBODIMENT OF THE INVENTION

Referring now to the drawing, there is illustrated in FIG. 1 the battery-holding compartment 1 of an electrical device such as a portable radio, cassette recorder, video game unit or the like. The compartment, shown made of transparent material for the sake of clarity, is designed to hold four AA-sized batteries wired in series. Only the first battery 2 is illustrated in phantom lines. A removable cover 3 closes the access 4 to the battery compartment, and is secured by a flange 5 along a sec-

EXHIBIT 4
Page 36 of 59

5,426,358

3

tion of the lower back edge 6 of the cover and a detent clip 7 mounted along the front edge 8. The flange 5 bears against the underside of a ledge 9 formed in the rear rim section of the compartment 1. The detent-strip 7 passes through a notch 10 in a front ledge section 11 of the compartment, then under that ledge. Each battery is inserted between two terminals 12, 13, 14, 56, 16, 17, and 18, 19. The positive poles at the top of the batteries are placed against stationary positive terminals 12, 14, 16, and 18. The negative pole forming the bottom of the batteries are pressed against spiral springs 13, 15, 17, and 19 forming the negative terminals. Straps 20, 21 and 22 between terminals 13 and 14, 15, and 16, and 17 and 18 combine the batteries into a series arrangement. The positive terminal 12 and the negative terminal 19 pass through the front wall 23 of the compartment and are connected by appropriate wiring 24, 25 to the electrical device circuits. The batteries .are separated and cradled by parallel ribs 26–30 formed into the bottom of the compartment.

FIG. 2 illustrates a rechargeable power pack 31, according to the invention, that may be substituted for the four batteries and cover 3 into the compartment 1 of FIG. 1. The power pack has a top 32 the periphery of which is exactly symmetrical to the periphery of cover 3. It also includes a rear flange 33 and a front detent clip 34 to secure the power pack 31 into the compartment 1. A tray 35 containing a group of rechargeable power cells is welded to the bottom of the cover 32. The tray comprises a peripheral wall 36 and a bottom piece 37. The front section 38 and back section 39 of the peripheral walls are spaced apart from the inner front and back walls of the compartment 1 in order to provide clearance for the spiral-spring terminals 13, 15, 17, and 19. Slots 40–44 in the bottom piece 37 are shaped and positioned to engage the ribs 26–30 in the bottom of the compartment 1 so that the tray 35 occupies the entire depth of the compartment. The median and lower portion of the front section 38 of the peripheral wall is slanted downwardly and inwardly in order to provide additional clearance for the spiral-spring terminals.

Connection between the power pack 31 and the positive and negative terminals 12 and 19 of the compartment are provided by a pair of resiliently flexible prongs 45 and 46 that extend in front of the front section 38 of the peripheral wall. The prongs 45, 46 are identical and are configured to provide a good wiping contact with either the stationary-type terminal 12 or the compressible spiral-spring terminal 19 as illustrated in FIGS. 3 and 4. Each prong is formed from a small strip of copper that begins inside the tray where it is connected to the network of power cells. A hairpin-shaped portion 49 of the strip passes over the top rim of the front wall 38 through one of a pair of slots 47, 48 in the flat top 32. After running shortly downward along the upper outer surface of the front wall 38 it bows away from the front wall section 38 to form a semi-circular arcuate portion 50. When the power pack 31 is inserted into the compartment 1, the negative prong 46 slips between spiral coils of the negative spring terminal 19, providing a good contact with a terminal after a wiping movement which clears the contacting areas of any oxide or other deposit. The arcuate portion 50 of the other prong 45 comes in contact with the positive stationary terminal 12, and is deflected slightly until its apex 51 bears firmly against the positive terminal 12. The movement of the prong against the terminal also provides a good wiping movement of the contacting surfaces.

4

The pair of slots 47, 48 in the flat top provide access to the electrical output of the power pack for use in powering accessories or in wiring auxiliary external power packs in parallel with the one placed in the battery compartment. A recharging connector 52 is also mounted on the flat top.

The set of four rechargeable power cells 53–56 inside the tray 35 are wired in series as illustrated in FIG. 5. A diode 57 and resistor 58 wired in parallel connect the positive output of the series of power cells to the positive terminals of the charging connector 52 and the positive prong terminal 45. Since the anode 59 of the diode 57 is connected to the positive output of the power cells any charging current must pass through the current limiting resistor 58. Any current drawn from the power cells flows directly through the diode 57.

In the case where the original batteries are not laid side-by-side but on end in a battery compartment of an electrical device, the power pack according to the invention must have the general configuration 60 illustrated in FIG. 6. The two contacting prongs 61, 62 are located at opposite ends of the power pack.

One of those prongs 61 has a distal end 63 that curves inwardly to penetrate a lower section of the side wall 64 where it remains embedded for better stability. Due to the inwardly and downwardly orientation of the side wall 64, this type of prong provides effective contact with either types of terminals.

The universal configuration of the power pack terminal prongs, not only will be compatible with the spiral-spring type or stationary type terminals illustrated in this example, but also with a variety of resilient and non-resilient, slotted or integral terminals which may be found in a variety of battery compartments.

FIGS. 7–15 illustrate an alternate approach to the power pack consisting essentially in the replacement of the non-rechargeable batteries in the battery compartment 65 of an electrical device 66 by a set 67 of similarly sized rechargeable batteries, and replacement of the original battery compartment cover by an assembly 68 specially configured to allow recharging of the battery set 67 either during or after operation of the device 66.

The assembly 68 comprises a substantially planar support 69 that is shaped and dimensioned to mimic the original battery compartment cover of the device and effectively close the opening 70 of that compartment in place of the original cover. As more specifically illustrated in FIGS. 7 and 8, the planar support is connected to the battery compartment and the batteries by a detachable flexible strip 71 which at a first end 72 is permanently attached to the underside of the planar support 69, and includes at its distal end 73 two tips 74, 75 that are shaped and dimensioned to be inserted between the poles of two batteries and their corresponding terminals in the walls of the compartment 65.

In order to compensate for the lower voltage rating, typically 1.2 volt, of NiCad batteries compared to the voltage rating, typically 1.5 volt, of an alkaline battery, an additional battery station 76 is provided in the upper surface of the planar support 69. A socket 77 also mounted on the upper surface of the planar support is designed to receive a jack connector of a recharging current source. An electrical circuit 78 including a charging current limiting resistor 79 and a by-pass diode 80 interconnects the socket 77 and the additional battery station 76 to three connection points 81, 82 and 83 on the proximal end section 72 of the flexible strip 71.

**EXHIBIT 4**
**Page 37 of 59**

5,426,358

5                                                    6

In this embodiment, the flexible strip 72 is made from a laminated sheet of insulating material, as is commonly used in the fabrication of flexible cables, upon which three electrical conductors 84, 85, and 86 have been printed according to well-known techniques. A part 87 of the proximal end section of the flexible strip is also used to mount the electrical circuit 78 and to carry appropriate wiring conductors between the additional battery station terminals 88, 89, the socket 77, the resistor 79, and the diode 80. The flexible strip 72 is hinged along a first fold line 90 parallel and proximal to the front edge 91 of the planar support 69. The distal end is also folded along a second fold line 92 so that when the contacting tips 74 and 75 are inserted between the poles and corresponding terminals of the two end batteries 93, 94 of the set 67, the assembly assumes the Z-shaped configuration illustrated in FIG. 7. This particular arrangement allows for easy and convenient insertion of the contacting tips 74, 75 and closure and reopening of the battery compartment 65. As more specifically shown in the diagram of FIG. 14, the first tip 74 which contacts the positive pole of battery 93 and the positive terminal 95 of the compartment has a first pole-contacting area 97 that is connected to conductor 84 on one side of the tip 74 and a first terminal-contacting area 98 connected to conductor 85 on the opposite face of the tip 74. The first pole-contacting area 97 and the first terminal-contacting area 98 are insulated by the thickness of the tip 74. By contrast, the second pole-contacting area 99 on one side of the second tip 75 and the second terminal-contacting area 100 on the opposite side of that tip are both connected to conductor 86 by means of a feedthrough 101, or via other appropriate technique.

In the event that the compartment 65 houses an odd number of batteries, the two tips must be positioned on opposite sides of the compartment. This is achieved by separating the distal halves 102, 103 of the flexible strip, and folding one half 103 along a third fold line 104 as illustrated in FIG. 13.

When a limited number of batteries are reused by the device, the additional battery station 76 of FIG. 1 may be omitted since the voltage difference between the rechargeable type and non-rechargeable type of batteries may be insignificant. FIG. 15 illustrates the wiring of such a simplified assembly where only three batteries are used, necessitating placement of the tips at opposite sides of the battery compartment. In the embodiment illustrated by the schematic of FIG. 14, the diode 80 is used to by-pass the current limiting resistor 79 when the current necessary to operate the device is drawn from the rechargeable batteries. The schematic of FIG. 15 illustrates an alternate arrangement wherein the socket 77 incorporates a switch 105 that acts in lieu of the diode 80 of the alternate embodiment to short-circuit the resistor 79 when the operating current is drawn directly from the battery set and not from the remote charging source. The switch 105 is opened when the recharge current source jack is inserted into the socket, thus placing the resistor 79 in the recharging current path to the batteries.

Illustrated in FIGS. 9, 11 and 12 are alternate embodiments of the flexible connection between the substitute battery compartment cover and the battery poles and terminals, using separate wires and cables instead of a printed flexible strip. In the embodiment of FIG. 9, the contacting tips 74, 75 of the previously described embodiments are replaced by a cap 106 and a disc 107. The

cap 106 is shaped and dimensioned to fit over the positive poles of the batteries. The disc 107 is designed to lie against the negative pole of the batteries. The caps have an internal, battery pole-contacting element 108 which is separated from the surrounding terminal-contacting element 109 by an insulator 110. In the embodiment illustrated in FIG. 11, the cap and disc are separated and positioned by a small strip 111 of insulating rigid material which facilitates the selection of the battery connections and their positioning into the battery compartment.

In the embodiment of. FIG. 12, pole-contacting areas and terminal-contacting areas are printed on a substrate 112 in a manner similar to the technique used on the flexible strip of the previously described embodiment of the invention. In this embodiment, the tips 112 and 113 are positioned for insertion in opposite sides of the compartment housing an odd number of interchangeable batteries.

In order to prevent use of the battery-recharging assembly according to this invention with non-rechargeable batteries, the positive pole-contacting area of a cap or tip may be provided with an insulated nib 115 which projects from the center of the pole-contacting area and thus prevent contact between the battery pole 116 and its contacting area 117 unless the positive pole of the battery has a cavity 118 positioned to engage the nib 115. Such a cavity would be provided exclusively on rechargeable batteries. In such a case, the specially configured batteries and the recharging assembly would be provided as a complete replacement kit for the rechargeable batteries.

FIG. 16 illustrates the problematic bending of a flexible prong 119 mounted on the side of a power supply pack 120 during insertion into the battery compartment 121 of an electronic device when the prong is caught by the edge 122 of the compartment.

The problem is corrected by the improvement illustrated in FIGS. 17 and 18 where the distal unattached end 123 of an improved prong 124 is shielded by a baffle 125. The baffle is mounted next to the prong in a vertical plane parallel to it. The prong is formed to provide an oblique linear section 126 between the arcuate contact section 127 and the distal tip 123. This linear section of the prong forms a smooth sliding ramp for any contact between the edge 122 of the compartment and the prong. The root 128 of the prong is preferably spaced slightly apart from all the vertical lateral wall 129 of the power supply pack in order to increase the clearance for the inward flexible movement of the prong upon contact with the edge 22 of the compartment.

FIG. 18 illustrates the preferred embodiment of the prong assembly suitable for use on the power pack illustrated in FIG. 2; wherein a pair of baffles 129, 130 are used astride the prong 124.

In the alternate embodiment of the prong assembly illustrated in FIG. 19, the distal end 131 of the prong 132 nests into a cavity 133 along the lower edge of the housing side wall 143.

While the preferred embodiments of the invention have been described, modifications can be made and other embodiments may be devised without departing from the spirit of the invention and the scope of the appended claims.

What is claimed is:

1. In combination with an electrical device having a compartment shaped and dimensioned to hold a plurality of batteries, said compartment having an opening

## EXHIBIT 4
## Page 38 of 59

5,426,358

7

sized to allow loading and unloading said batteries, terminals protruding from lateral sections of said compartment and wired to carry electrical currents from said batteries to electrical circuits in said device, a first one of said terminals including a resiliently compressible first contact member positioned to forcefully contact a pole of one of said batteries, and a second one of said terminals including a second contact member positioned to contact an opposite pole of said one of said batteries, and a removable cover shaped and dimensioned to close said opening, a rechargeable power supply which comprises:

a housing shaped and dimensioned to be at least partially introduced into said compartment through said opening and having a top including a peripheral section shaped and dimensioned to close said opening in lieu of said removable cover;

at least one rechargeable power cell mounted within said housing and having positive and negative poles;

a current conducting means wired for feeding a charging current to said at least one power cell, said current conducting means being mounted on said top to be accessible when said housing is within said compartment; and

means for connecting said at least one cell to said terminals, including at least one prong positioned on said housing to come in contact with one of said terminals.

2. The combination of claim 1, wherein said current conducting means comprises:

a two-pole connector mounted into said top piece, said connector being wired to said prongs.

8

3. The combination of claim 2, wherein said means for connecting further comprise:

a resistor and a diode, said diode having an anode terminal and a cathode terminal, said resistor and diode being wired in parallel between one of said terminals and the positive pole of said at least one power cell, the anode terminal of the diode being wired to said positive pole.

4. The combination of claim 3, wherein said compartment comprises a plurality of parallel bottom ribs spaced to position and cradle said at least one power cell;

said housing includes a bottom piece and a pheripheral wall; and

said bottom piece has slots positioned and dimensioned to engage said ribs.

5. The combination of claim 4, wherein said peripheral border has a pair of holes providing access to said means for connecting.

6. The combination of claim 4, wherein an outer portion of the peripheral wall is slanted inwardly and away from one of said contact members.

7. The combination of claim 1, which comprises means for preventing damage to said prong including at least one rigid baffle commensurate with and extending along said prong.

8. In a power supply package shaped and dimensioned to be inserted into an electronic device, said package having flexible prongs positioned on one side of said package for interconnection with an electrical terminal in said electronic device, an improvement for preventing damage to said prong which comprises at least on rigid baffle extending alongside said prong.

9. The improvement of claim 8 comprising a pair of said baffles placed astride said prong.

* * * * *

40

45

50

55

60

65

EXHIBIT 4
Page 39 of 59

US005506488A

# United States Patent [19]

## Leiserson

[11] **Patent Number:** 5,506,488

[45] **Date of Patent:** *Apr. 9, 1996

[54] **RECHARGEABLE POWER PACK FOR USE IN DEVICES POWERED BY MULTIPLE BATTERIES**

[76] Inventor: **Steven G. Leiserson,** Ste. C 10845 Wheatlands Ave., Santee, Calif. 92071

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,260,636.

[21] Appl. No.: **464,314**

[22] Filed: **Jun. 5, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 111,929, Aug. 23, 1993, Pat. No. 5,426,358, which is a continuation of Ser. No. 27,181, Mar. 5, 1993, Pat. No. 5,260,636, which is a continuation-in-part of Ser. No. 887,479, May 22, 1992, Pat. No. 5,192,904, which is a continuation-in-part of Ser. No. 793,122, Nov. 18, 1991, Pat. No. 5,225,760.

[51] Int. Cl.6 ................................................ **H01M 10/46**
[52] U.S. Cl. .................................. **320/2;** 429/98; 429/100
[58] Field of Search ............................... 320/2, 5; 429/96, 429/97, 98, 99, 100; D13/103, 107, 108

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,123,598 | 10/1978 | Hammel | 429/159 |
| 4,161,568 | 7/1979 | Lund | 429/99 |
| 4,205,121 | 5/1980 | Naitoh | 429/99 |
| 4,321,523 | 3/1982 | Hammel | 329/14 |
| 4,532,194 | 7/1985 | Liautaud et al. | 429/99 |
| 4,558,270 | 12/1985 | Liautaud et al. | 320/2 |

| | | | |
|---|---|---|---|
| 4,590,943 | 5/1986 | Paull et al. | 128/419 |
| 5,019,767 | 5/1991 | Shirai et al. | 320/2 |
| 5,061,579 | 10/1991 | Ishimoto | 429/96 |
| 5,136,229 | 8/1992 | Galvin | 320/2 |
| 5,172,043 | 12/1992 | Toops | 320/2 |
| 5,192,904 | 3/1993 | Leiserson | 320/2 |
| 5,225,760 | 7/1993 | Leiserson | 320/2 |
| 5,260,636 | 11/1993 | Leiserson et al. | 320/2 |
| 5,426,358 | 6/1995 | Leiserson et al. | 320/2 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 54-11119 | 5/1979 | Japan |
| 57-7178 | 2/1982 | Japan |
| 63-33571 | 3/1988 | Japan |

*Primary Examiner*—Peter S. Wong
*Assistant Examiner*—Edward Tso
*Attorney, Agent, or Firm*—Henri J. A. Charmasson; John D. Buchaca

[57] **ABSTRACT**

A rechargeable power pack is shaped and dimensioned to be inserted in the battery compartment of an electrical device. The top of the power pack is exactly symmetrical with the battery compartment cover which it replaces. The power pack houses rechargeable power cells, and has a peripheral wall spaced apart from the sides of the battery compartment mounting the battery contact terminal. Flexible prongs project from the peripheral walls to provide a wiping contact with either a spiral spring negative terminal or a stationary positive terminal of the compartment. A top mounted connector allows recharging of the power pack even while in use on the electrical device. Baffles mounted astride each flexible prong avert damage to the prong during insertion of the power pack into the battery compartment.

14 Claims, 4 Drawing Sheets



**EXHIBIT 5**
**Page 40 of 59**

**U.S. Patent**          Apr. 9, 1996          Sheet 1 of 4          **5,506,488**



PRIOR ART

FIG. 1

FIG. 3

FIG. 2

FIG. 4

FIG. 5

FIG. 6

**EXHIBIT 5**
**Page 41 of 59**



FIG 7

FIG 8

EXHIBIT 5
Page 42 of 59



EXHIBIT 5
Page 43 of 59

U.S. Patent

Apr. 9, 1996

Sheet 4 of 4

5,506,488



PRIOR ART

120

119

121

122

FIG. 16

129     128

127     124

126

123     122

125

FIG. 17

129

130

FIG. 18

134

132

133

131

FIG. 19

EXHIBIT 5
Page 44 of 59

5,506,488

1

## RECHARGEABLE POWER PACK FOR USE IN DEVICES POWERED BY MULTIPLE BATTERIES

### PRIOR APPLICATION

This application is a continuation of Ser. No. 08/111,929 filed Aug. 23, 1993 to be issued as U.S. Pat. No. 5,426,358 on Jun. 20, 1995, a continuation of Ser. No. 08/027,181 filed Mar. 5, 1993, now U.S. Pat. No. 5,260,636 dated Nov. 9, 1993, a continuation-in-part of application Ser. No. 07/887, 479 filed May. 22, 1992, now U.S. Pat. No. 5,192,904 dated Mar. 9, 1993, a continuation-in-part of Ser. No. 07/793,122 filed Nov. 18, 1991, now U.S. Pat. No. 5,225,760 dated Jul. 6, 1993.

### FIELD OF THE INVENTION

This invention relates to rechargeable power packs for portable electrical devices.

### BACKGROUND OF THE INVENTION

Many portable, battery-powered electronic devices such as radios, pagers, cassette recorders and the like have a covered battery compartment that is sized to accommodate several batteries and to interconnect them in a parallel or a serial configuration. The sides of the compartment have spiral spring terminals designed to forcedly contact the negative, bottom poles of the batteries, and stationary plates to contact their positive top located poles. Batteries, whether rechargeable or not, must be inserted one by one between pairs of such terminals. Other electronic instruments with a higher power draw such as video recorders accept a power pack housing a plurality of rechargeable power cells. A recharged power pack may be conveniently substituted for a run-down one in a few seconds.

It would be advantageous to replace the set of batteries of the first-described type of instrument by a rechargeable power pack which would fit in the battery compartment. However, the presence of the various spiral spring terminals and the battery-separating ribs that usually line the bottom of the battery compartment interfere with the insertion of such power packs.

Oftentimes, the length or width of the access to the battery compartment is shorter than the length of the batteries. The latter can only be installed by pressing each battery against one of the spiral terminals in order to clear the opposite edge of the opening. Accordingly, in-line battery packages such as those disclosed in U.S. Pat. No. 4,123,598 Hammel, whose outer-dimensions are necessarily similar to those of a set of installed batteries the package could replace, could not be inserted through such a restricted access; and particularly when spiral spring terminals are mounted on opposite sides of the battery compartment. Thus, until the instant invention, battery-powered devices have been equipped with compartments designed to accept either individually loaded batteries exclusively or with compartments designed to exclusively accept multi-cell power packages as disclosed in U.S. Pat. No. 5,061,579 Ishimoto. No rechargeable multi-cell power package has been provided that could fit within the battery compartment of a device not specifically built to accept it.

It would be even more advantageous to replace either the non-rechargeable batteries or the rechargeable power pack of an electronic device with a device, comprising rechargeable cells and a circuit allowing recharging during or after operation of the device. Preferably the device should be

2

packaged into a housing shaped and dimensioned to nest into the device battery compartment in lieu of the batteries or power pack, and need not to be removed from the compartment during the recharging operation.

One of the problems encountered in making substitution of non-rechargeable power cells with a like number of rechargeable ones is the lesser rating voltage of the latter which may result in unacceptable power supply voltage levels.

Flexible contact members used in power supply packages can be damaged during insertion into an electronic device if they are caught by the surrounding structure. There is a need for more reliable contact assemblies.

### SUMMARY OF THE INVENTION

The principal and secondary object of the invention are to provide a replacement for a set of batteries normally required to energize a portable electrical device by a single, rechargeable power pack or set of rechargeable batteries that fit within the battery compartment and provide reliable contact with positive and negative terminals originally designed for contact with the various batteries positive and negative poles.

This and other valuable objects are achieved in a first approach, by means of a power pack shaped and dimensioned to be inserted in the battery compartment of an electrical device. The top of the power pack is exactly symmetrical with the battery compartment cover which it replaces. The power pack has a pair of flexible terminal prongs that are specially designed to provide a good contact with either the spiral spring-type negative terminal or the positive stationary terminal found in many devices between which cylindrical batteries are normally inserted. In a second approach, rechargeable substitute batteries are provided with a substitute battery compartment cover that include an additional battery station and an in-line recharging circuitry. Lateral baffles protecting the contact members of a power supply package during insertion into an electronic device are disclosed.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a perspective view of a battery compartment of the prior art;

FIG. 2 is a perspective view of a rechargeable power pack according to the invention;

FIG. 3 is a detail view illustrating contact with a spiral-spring, negative battery terminal;

FIG. 4 is a detail view illustrating contact with a stationary, positive battery terminal;

FIG. 5 is an electrical diagram of the power pack; FIG. 6 is a perspective view of an alternate embodiment of the invention; FIG. 7 is a perspective view of a rechargeable battery kit; FIG. 8 is a bottom plan view of the battery compartment cover assembly; FIG. 9 is a perspective view of a first alternate conductor assembly; FIG. 10 is a cross-sectional view of a customized contact assembly; FIG. 11 is a perspective view of a second alternate conductor assembly; FIG. 12 is a perspective view of a third alternate conductor assembly; FIG. 13 is a perspective view of a modified flexible strip; FIG. 14 is a schematic of a first embodiment of the battery kit; FIG. 15 is a schematic of a second embodiment thereof; FIG. 16 is a detail side view of the prior art contact assembly; FIG. 17 is a detail view of an improved contact assembly; FIG. 18 is a perspective view of

**EXHIBIT 5**
**Page 45 of 59**

5,506,488

3

the preferred embodiment of the contact assembly; and FIG. 19 is a perspective view of an alternate embodiment of the contact assembly.

DESCRIPTION OF THE PREFERRED
EMBODIMENT OF THE INVENTION

Referring now to the drawing, there is illustrated in FIG. 1 the battery-holding compartment 1 of an electrical device such as a portable radio, cassette recorder, video game unit or the like. The compartment, shown made of transparent material for the sake of clarity, is designed to hold four AA-sized batteries wired in series. Only the first battery 2 is illustrated in phantom lines. A removable cover 3 closes the access 4 to the battery compartment, and is secured by a flange 5 along a section of the lower back edge 6 of the cover and a detent clip 7 mounted along the front edge 8. The flange 5 bears against the underside of a ledge 9 formed in the rear rim section of the compartment 1. The detent strip 7 passes through a notch 10 in a front ledge section 11 of the compartment, then under that ledge. Each battery is inserted between two terminals 12, 13, 14, 56, 16, 17, and 18, 19. The positive poles at the top of the batteries are placed against stationary positive terminals 12, 14, 16, and 18. The negative pole forming the bottom of the batteries are pressed against spiral springs 13, 15, 17, and 19 forming the negative terminals. Straps 20, 21 and 22 between terminals 13 and 14, 15, and 16, and 17 and 18 combine the batteries into a series arrangement. The positive terminal 12 and the negative terminal 19 pass through the front wall 23 of the compartment and are connected by appropriate wiring 24, 25 to the electrical device circuits. The batteries are separated and cradled by parallel ribs 26–30 formed into the bottom of the compartment.

FIG. 2 illustrates a rechargeable power pack 31, according to the invention, that may be substituted for the four batteries and cover 3 into the compartment 1 of FIG. 1. The power pack has a top 32 the periphery of which is exactly symmetrical to the periphery of cover 3. It also includes a rear flange 33 and a front detent clip 34 to secure the power pack 31 into the compartment 1. A tray 35 containing a group of rechargeable power cells is welded to the bottom of the cover 32. The tray comprises a peripheral wall 36 and a bottom piece 37. The front section 38 and back section 39 of the peripheral walls are spaced apart from the inner front and back walls of the compartment 1 in order to provide clearance for the spiral-spring terminals 13, 15, 17, and 19. Slots 40–44 in the bottom piece 37 are shaped and positioned to engage the ribs 26–30 in the bottom of the compartment 1 so that the tray 35 occupies the entire depth of the compartment. The median and lower portion of the front section 38 of the peripheral wall is slanted downwardly and inwardly in order to provide additional clearance for the spiral-spring terminals.

Connection between the power pack 31 and the positive and negative terminals 12 and 19 of the compartment are provided by a pair of resiliently flexible prongs 45 and 46 that extend in front of the front section 38 of the peripheral wall. The prongs 45, 46 are identical and are configured to provide a good wiping contact with either the stationary-type terminal 12 or the compressible spiral-spring terminal 19 as illustrated in FIGS. 3 and 4. Each prong is formed from a small strip of copper that begins inside the tray where it is connected to the network of power cells. A hairpin-shaped portion 49 of the strip passes over the top rim of the front wall 38 through one of a pair of slots 47, 48 in the flat top 32. After running shortly downward along the upper outer

4

surface of the front wall 38 it bows away from the front wall section 38 to form a semi-circular arcuate portion 50. When the power pack 31 is inserted into the compartment 1, the negative prong 46 slips between spiral coils of the negative spring terminal 19, providing a good contact with a terminal after a wiping movement which clears the contacting areas of any oxide or other deposit. The arcuate portion 50 of the other prong 45 comes in contact with the positive stationary terminal 12, and is deflected slightly until its apex 51 bears firmly against the positive terminal 12. The movement of the prong against the terminal also provides a good wiping movement of the contacting surfaces.

The pair of slots 47, 48 in the flat top provide access to the electrical output of the power pack for use in powering accessories or in wiring auxiliary external power packs in parallel with the one placed in the battery compartment. A recharging connector 52 is also mounted on the flat top.

The set of four rechargeable power cells 53–56 inside the tray 35 are wired in series as illustrated in FIG. 5. A diode 57 and resistor 58 wired in parallel connect the positive output of the series of power cells to the positive terminals of the charging connector 52 and the positive prong terminal 45. Since the anode 59 of the diode 57 is connected to the positive output of the power cells any charging current must pass through the current limiting resistor 58. Any current drawn from the power cells flows directly through the diode 57.

In the case where the original batteries are not laid side-by-side but on end in a battery compartment of an electrical device, the power pack according to the invention must have the general configuration 60 illustrated in FIG. 6. The two contacting prongs 61, 62 are located at opposite ends of the power pack.

One of those prongs 61 has a distal end 63 that curves inwardly to penetrate a lower section of the side wall 64 where it remains embedded for better stability. Due to the inwardly and downwardly orientation of the side wall 64, this type of prong provides effective contact with either types of terminals.

The universal configuration of the power pack terminal prongs, not only will be compatible with the spiral-spring type or stationary type terminals illustrated in this example, but also with a variety of resilient and non-resilient, slotted or integral terminals which may be found in a variety of battery compartments.

FIGS. 7–15 illustrate an alternate approach to the power pack consisting essentially in the replacement of the non-rechargeable batteries in the battery compartment 65 of an electrical device 66 by a set 67 of similarly sized rechargeable batteries, and replacement of the original battery compartment cover by an assembly 68 specially configured to allow recharging of the battery set 67 either during or after operation of the device 66.

The assembly 68 comprises a substantially planar support 69 that is shaped and dimensioned to mimic the original battery compartment cover of the device and effectively close the opening 70 of that compartment in place of the original cover. As more specifically illustrated in FIGS. 7 and 8, the planar support is connected to the battery compartment and the batteries by a detachable flexible strip 71 which at a first end 72 is permanently attached to the underside of the planar support 69, and includes at its distal end 73 two tips 74, 75 that are shaped and dimensioned to be inserted between the poles of two batteries and their corresponding terminals in the walls of the compartment 65.

In order to compensate for the lower voltage rating, typically 1.2 volt, of NiCad batteries compared to the

EXHIBIT 5
Page 46 of 59

5,506,488

5

voltage rating, typically 1.5 volt, of an alkaline battery, an additional battery station 76 is provided in the upper surface of the planar support 69. A socket 77 also mounted on the upper surface of the planar support is designed to receive a jack connector of a recharging current source. An electrical circuit 78 including a charging current limiting resistor 79 and a by-pass diode 80 interconnects the socket 77 and the additional battery station 76 to three connection points 81, 82 and 83 on the proximal end section 72 of the flexible strip 71.

In this embodiment, the flexible strip 72 is made from a laminated sheet of insulating material, as is commonly used in the fabrication of flexible cables, upon which three electrical conductors 84, 85, and 86 have been printed according to well-known techniques. A part 87 of the proximal end section of the flexible strip is also used to mount the electrical circuit 78 and to carry appropriate wiring conductors between the additional battery station terminals 88, 89, the socket 77, the resistor 79, and the diode 80. The flexible strip 72 is hinged along a first fold line 90 parallel and proximal to the front edge 91 of the planar support 69. The distal end is also folded along a second fold line 92 so that when the contacting tips 74 and 75 are inserted between the poles and corresponding terminals of the two end batteries 93, 94 of the set 67, the assembly assumes the Z-shaped configuration illustrated in FIG. 7. This particular arrangement allows for easy and convenient insertion of the contacting tips 74, 75 and closure and reopening of the battery compartment 65. As more specifically shown in the diagram of FIG. 14, the first tip 74 which contacts the positive pole of battery 93 and the positive terminal 95 of the compartment has a first pole-contacting area 97 that is connected to conductor 84 on one side of the tip 74, and a first terminal contacting area 98 connected to conductor 85 on the opposite face of the tip 74. The first pole-contacting area 97 and the first terminal-contacting area 98 are insulated by the thickness of the tip 74. By contrast, the second pole-contacting area 99 on one side of the second tip 75 and the second terminal-contacting area 100 on the opposite side of that tip are both connected to conductor 86 by means of a feedthrough 101, or via other appropriate technique.

In the event that the compartment 65 houses an odd number of batteries, the two tips must be positioned on opposite sides of the compartment. This is achieved by separating the distal halves 102, 103 of the flexible strip, and folding one half 103 along a third fold line 104 as illustrated in FIG. 13.

When a limited number of batteries are reused by the device, the additional battery station 76 of FIG. 1 may be omitted since the voltage difference between the rechargeable type and non-rechargeable type of batteries may be insignificant. FIG. 15 illustrates the wiring of such a simplified assembly where only three batteries are used, necessitating placement of the tips at opposite sides of the battery compartment. In the embodiment illustrated by the schematic of FIG. 14, the diode 80 is used to by-pass the current limiting resistor 79 when the current necessary to operate the device is drawn from the rechargeable batteries. The schematic of FIG. 15 illustrates an alternate arrangement wherein the socket 77 incorporates a switch 105 that acts in lieu of the diode 80 of the alternate embodiment to short-circuit the resistor 79 when the operating current is drawn directly from the battery set and not from the remote charging source. The switch 105 is opened when the recharge current source jack is inserted into the socket, thus placing the resistor 79 in the recharging current path to the batteries.

6

Illustrated in FIGS. 9, 11 and 12 are alternate embodiments of the flexible connection between the substitute battery compartment cover and the battery poles and terminals, using separate wires and cables instead of a printed flexible strip. In the embodiment of FIG. 9, the contacting tips 74, 75 of the previously described embodiments are replaced by a cap 106 and a disc 107. The cap 106 is shaped and dimensioned to fit over the positive poles of the batteries. The disc 107 is designed to lie against the negative pole of the batteries. The caps have an internal, battery pole-contacting element 108 which is separated from the surrounding terminal-contacting element 109 by an insulator 110. In the embodiment illustrated in FIG. 11, the cap and disc are separated and positioned by a small strip 111 of insulating rigid material which facilitates the selection of the battery connections and their positioning into the battery compartment.

In the embodiment of FIG. 12, pole-contacting areas and terminal-contacting areas are printed on a substrate 112 in a manner similar to the technique used on the flexible strip of the previously described embodiment of the invention. In this embodiment, the tips 112 and 113 are positioned for insertion in opposite sides of the compartment housing an odd number of rechargeable batteries.

In order to prevent use of the battery-recharging assembly according to this invention with non-rechargeable batteries, the positive pole-contacting area of a cap or tip may be provided with an insulated nib 115 which projects from the center of the pole-contacting area and thus prevent contact between the battery pole 116 and its contacting area 117 unless the positive pole of the battery has a cavity 118 positioned to engage the nib 115. Such a cavity would be provided exclusively on rechargeable batteries. In such a case, the specially configured batteries and the recharging assembly would be provided as a complete replacement kit for the rechargeable batteries.

FIG. 16 illustrates the problematic bending of a flexible prong 119 mounted on the side of a power supply pack 120 during insertion into the battery compartment 121 of an electronic device when the prong is caught by the edge 122 of the compartment.

The problem is corrected by the improvement illustrated in FIGS. 17 and 18 where the distal unattached end 123 of an improved prong 124 is shielded by a baffle 125. The baffle is mounted next to the prong in a vertical plane parallel to it. The prong is formed to provide an oblique linear section 126 between the arcuate contact section 127 and the distal tip 123. This linear section of the prong forms a smooth sliding ramp for any contact between the edge 122 of the compartment and the prong. The root 128 of the prong is preferably spaced slightly apart from all the vertical lateral wall 129 of the power supply pack in order to increase the clearance for the inward flexible movement of the prong upon contact with the edge 22 of the compartment.

FIG. 18 illustrates the preferred embodiment of the prong assembly suitable for use on the power pack illustrated in FIG. 2; wherein a pair of baffles 129, 130 are used astride the prong 124.

In the alternate embodiment of the prong assembly illustrated in FIG. 19, the distal end 131 of the prong 132 nests into a cavity 133 along the lower edge of the housing side wall 143.

While the preferred embodiments of the invention have been described, modifications can be made and other embodiments may be devised without departing from the spirit of the invention and the scope of the appended claims.

EXHIBIT 5
Page 47 of 59

5,506,488

7

What is claimed is:

1. The combination of an electrical device including a compartment having a first length, a width and a depth dimensioned to hold an even number of batteries therein, said batteries being mounted side-by-side in alternating opposite directions, said compartment having a top opening sized to allow one-by-one loading and unloading said batteries into and out of said compartment, said opening having a second length shorter than said first length, and a ledge extending from a lateral wall of said compartment to said opening, terminals protruding from said lateral wall and wired to carry electrical current from said batteries to electrical circuits in said device, a first one of said terminals including a resiliently compressible first contact member extending under said opening and being positioned to forcefully contact a pole of one of said batteries, and a second one of said terminals including a second contact member positioned under said ledge to contact an opposite pole of one of said batteries, and a removable cover shaped and dimensioned to close said opening co-planarly with said ledge, with a rechargeable power supply which comprise:

    a housing having a portion shaped and dimensioned to be at least partially introduced into said compartment through said opening;

    at least one rechargeable power cell mounted within said housing and having positive and negative poles;

    a current conducting means wired for feeding a charging current to said at least one power cell, said current conducting means including a connector mounted on said housing; and

    means for connecting said at least one cell to said terminals, including a first resiliently compressible prong protruding laterally from said housing and being sized, and positioned on a side wall of said portion to extend under said ledge and come in contact with the second contact member of said second terminal and a second prong positioned on said side wall to come into contact with said first contact member when said portion of said housing is inserted into said compartment.

2. The combination of claim 1, wherein said connector comprises:

    a two-pole jack wired to said first and second prongs.

3. The combination of claim 2, wherein said means for connecting further comprise:

    A resistor and a diode, said diode having an anode terminal and a cathode terminal, said resistor and diode being wired in parallel between one of said terminals and the positive pole of said at least one power cell, the anode terminal of the diode being wired to said positive pole.

4. The combination of claim 2, wherein said connector is positioned on a section of said housing accessible when said portion is inserted into said compartment.

5. The combination of claim 3, wherein said compartment comprises a plurality of parallel bottom ribs spaced to position and cradle said batteries;

    said housing includes a bottom piece; and

    said bottom piece has slots positioned and dimensioned to engage said ribs.

6. The combination of claim 2, wherein said housing has a top including a peripheral section said connector being mounted on said top; and

    said means for feeding a charging current comprises a current-limiting circuit between said connector and said at least one power cell.

8

7. The combination of claim 3, wherein said housing includes a peripheral wall slanted inwardly and away from one of said contact members.

8. A rechargeable power supply for use in combination with an electrical device that includes a compartment having a first length, a width and a depth dimensioned to hold an even number of batteries therein, said batteries being mounted side-by-side in alternating opposite directions, said compartment having a top opening sized to allow one-by-one loading and unloading said batteries into and out of said compartment, said opening having a second length shorter than said first length, and a ledge extending from a lateral wall of said compartment to said opening, terminals protruding from said lateral wall and wired to carry electrical current from said batteries to electrical circuits in said device, a first one of said terminals including a resiliently compressible first contact member extending under said opening and being positioned forcefully contact a pole of one of said batteries, and a second one of said terminals including a second contact member positioned under said ledge to contact an opposite pole of one of said batteries, and a removable cover shaped and dimensioned to close said opening co-planarly with said ledge, said rechargeable power supply comprising:

    a housing having a portion shaped and dimensioned to be at least partially introduced into said compartment through said opening;

    at least one rechargeable power cell mounted within said housing and having positive and negative poles;

    a current conducting means wired for feeding a charging current to said at least one power cell, said current conducting means including a connector mounted on said housing; and

    means for connecting said at least one cell to said terminals, including a first resiliently compressible prong protruding laterally from said housing and being sized, and positioned on a side wall of said portion to extend under said ledge and come in contact with the second contact member of said second terminal and a second prong positioned on said side wall to come into contact with said first contact member when said portion of said housing is inserted into said compartment.

9. The power supply of claim 8, wherein said connector comprises:

    a two-pole jack wired to said first and second prongs.

10. The power supply of claim 9, wherein said means for connecting further comprise:

    A resistor and a diode, said diode having an anode terminal and a cathode terminal, said resistor and diode being wired in parallel between one of said terminals and the positive pole of said at least one power cell, the anode terminal of the diode being wired to said positive pole.

11. The power supply of claim 9, wherein said connector is positioned on a section of said housing accessible when said portion is inserted into said compartment.

12. The power supply of claim 8, wherein said compartment comprises a plurality of parallel bottom ribs spaced to position and cradle said batteries;

    said housing includes a bottom piece; and

    said bottom piece has slots positioned and dimensioned to engage said ribs.

EXHIBIT 5
Page 48 of 59

5,506,488

9

13. The power supply of claim 9, wherein said housing has a top including a peripheral section dimensioned to close said opening in lieu of said removable said connector being mounted on said top; and

said means for feeding a charging current comprises a

10

current-limiting circuit between said connector and said at least one power cell.

14. The power supply of claim 9, wherein said housing includes a peripheral wall slanted inwardly and away from one of said contact members.

* * * * *

EXHIBIT 5
Page 49 of 59

US005608303A

# United States Patent [19]

## Leiserson

[11] Patent Number: **5,608,303**

[45] Date of Patent: ***Mar. 4, 1997**

[54] **VIDEO GAME POWER PACK**

[76] Inventor: **Steven G. Leiserson**, 10845 Wheatlands Ave., Santee, Calif. 92071

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,506,488.

[21] Appl. No.: **627,621**

[22] Filed: **Apr. 4, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 464,314, Jun. 5, 1995, Pat. No. 5,506,488, which is a continuation of Ser. No. 111,929, Aug. 23, 1993, Pat. No. 5,426,358, which is a continuation of Ser. No. 27,181, Mar. 5, 1993, which is a continuation of Ser. No. 260,636, Nov. 9, 1993, which is a continuation-in-part of Ser. No. 887,479, May 22, 1992, Pat. No. 5,192,904, which is a continuation-in-part of Ser. No. 793,122, Nov. 18, 1991, Pat. No. 5,225,760.

[51] Int. Cl.6 ............................................... H01M 10/46

[52] U.S. Cl. ............................... 320/2; 429/98; 429/100

[58] Field of Search ...................... 320/2, 15; D13/103, D13/107, 108; 429/96–100; 307/150

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,123,598 | 10/1978 | Hammel . | |
| 4,161,568 | 7/1979 | Lund .................................... | 429/99 |
| 4,205,121 | 5/1980 | Naitoh ................................. | 429/99 |
| 4,321,523 | 3/1982 | Hammel . | |
| 4,532,194 | 7/1985 | Liautaud et al. ..................... | 429/99 |
| 4,558,270 | 12/1985 | Liautaud et al. ..................... | 320/99 |
| 5,136,229 | 8/1992 | Galvin ................................. | 320/2 |
| 5,172,043 | 12/1992 | Toops .................................. | 320/2 |
| 5,192,904 | 3/1993 | Leiserson ............................ | 320/2 |
| 5,225,760 | 7/1993 | Leiserson ............................ | 320/2 |
| 5,260,636 | 11/1993 | Leiserson et al. ................... | 320/2 |
| 5,506,488 | 4/1996 | Leiserson ............................ | 320/2 |

*Primary Examiner*—Edward H. Tso
*Attorney, Agent, or Firm*—Henri J. A. Charmasson; John D. Buchaca

[57] **ABSTRACT**

A rechargeable power pack is shaped and dimensioned to be inserted in the battery compartment of an electrical device. The top of the power pack is exactly symmetrical with the battery compartment cover which it replaces. The power pack houses rechargeable power cells, and has a peripheral wall spaced apart from the sides of the battery compartment mounting the battery contact terminal. Flexible prongs project from the peripheral walls to provide a wiping contact with either a spiral spring negative terminal or a stationary positive terminal of the compartment. A top mounted connector allows recharging of the power pack even while in use on the electrical device. Baffles mounted astride each flexible prong avert damage to the prong during insertion of the power pack into the battery compartment.

14 Claims, 4 Drawing Sheets



**EXHIBIT 6**
**Page 50 of 59**

U.S. Patent          Mar. 4, 1997          Sheet 1 of 4          5,608,303



EXHIBIT 6
Page 51 of 59



FIG 7

FIG 8

**EXHIBIT 6**
**Page 52 of 59**

U.S. Patent

Mar. 4, 1997

Sheet 3 of 4

5,608,303



FIG 9

FIG 10

FIG 11

FIG 12

FIG 13

FIG 14

FIG 15

EXHIBIT 6
Page 53 of 59



PRIOR ART

FIG. 16

FIG. 17

FIG. 18

FIG. 19

EXHIBIT 6
Page 54 of 59

5,608,303

1

## VIDEO GAME POWER PACK

### PRIOR APPLICATION

This application is a continuation of U.S. application Ser. No. 08/464,314 filed Jun. 5, 1995, now U.S. Pat. No. 5,506,488, a continuation of U.S. application Ser. No. 08/111,929 filed Aug. 23, 1993 to be issued as U.S. Pat. No. 5,426,358 on Jun. 20, 1995, a continuation of U.S. application Ser. No. 08/027,181 filed Mar. 5, 1993, now U.S. Pat. No. 5,260,636 dated Nov. 9, 1993, a continuation-in-part of U.S. application Ser. No. 07/887,479 filed May 22, 1992, now U.S. Pat. No. 5,192,904 dated Mar. 9, 1993, a continuation-in-part of U.S. application Ser. No. 07/793,122 filed Nov. 18, 1991, now U.S. Pat. No. 5,225,760 dated Jul. 6, 1993.

### FIELD OF THE INVENTION

This invention relates to rechargeable power packs for portable electrical devices.

### BACKGROUND OF THE INVENTION

Many portable, battery-powered electronic devices such as radios, pagers, cassette recorders and the like have a covered battery compartment that is sized to accommodate several batteries and to interconnect them in a parallel or a serial configuration. The sides of the compartment have spiral spring terminals, designed to forcedly contact the negative, bottom poles of the batteries, and stationary plates to contact their positive top located poles. Batteries, whether rechargeable or not, must be inserted one by one between pairs of such terminals. Other electronic instruments with a higher power draw such as video recorders accept a power pack housing, a plurality of rechargeable power cells. A recharged power pack may be conveniently substituted for a run-down one in a few seconds.

It would be advantageous to replace the set of batteries of the first-described type of instrument by a rechargeable power pack which would fit in the battery compartment. However, the presence of the various spiral spring terminals and the battery-separating ribs that usually line the bottom of the battery compartment interfere with the insertion of such power packs.

Oftentimes, the length or width of the access to the battery compartment is shorter than the length of the batteries. The latter can only be installed by pressing each battery against one of the spiral terminals in order to clear the opposite edge of the opening. Accordingly, in-line battery packages such as those disclosed in U.S. Pat. No. 4,123,598 Hammel, whose outer-dimensions are necessarily similar to those of a set of installed batteries the package could replace, could not be inserted through such a restricted access; and particularly when spiral spring terminals are mounted on opposite sides of the battery compartment. Thus, until the instant invention, battery-powered devices have been equipped with compartments designed to accept either individually loaded batteries exclusively or with compartments designed to exclusively accept multi-cell power packages is disclosed in U.S. Pat. No. 5,061,579 Ishimoto. No rechargeable multi-cell power package has been provided that could fit within the battery compartment of a device not specifically built to accept it.

It would be even more advantageous to replace either the non-rechargeable batteries or the rechargeable power pack of an electronic device with a device, comprising rechargeable cells and a circuit allowing recharging during or after

2

operation of the device. Preferably the device should be packaged into a housing shaped and dimensioned to nest into the device battery compartment in lieu of the batteries or power pack, and need not to be removed from the compartment during the recharging operation,

One of the problems encountered in making substitution of non-rechargeable power cells with a like number of rechargeable ones is the lesser rating voltage of the latter which may result in unacceptable power supply voltage levels,

Flexible contact members used in power supply packages can be damaged during insertion into an electronic device if they are caught by the surrounding structure, There is a need for more reliable contact assemblies.

### SUMMARY OF THE INVENTION

The principal and secondary object of the invention are to provide a replacement for a set of batteries normally required to energize a portable electrical device by a single, rechargeable power pack or set of rechargeable batteries that fit within the battery compartment and provide reliable contact with positive and negative terminals originally designed for contact with the various batteries positive and negative poles.

This and other valuable objects are achieved in a first approach, by means of a power pack shaped and dimensioned to be inserted in the battery compartment of an electrical device. The top of the power pack is exactly symmetrical with the battery compartment cover which it replaces. The power pack has a pair of flexible terminal prongs that are specially designed to provide a good contact with either the spiral spring-type negative terminal or the positive stationary terminal found in many devices between which cylindrical batteries are normally inserted. In a second approach, rechargeable substitute batteries are provided with a substitute battery compartment cover that include an additional battery station and an in-line recharging circuitry. Lateral baffles protecting the contact members of a power supply package during insertion into an electronic device are disclosed.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a perspective view of a battery compartment of the prior art;

FIG. 2 is a perspective view of a rechargeable power pack according to the invention;

FIG. 3 is a detail view illustrating contact with a spiral-spring, negative battery terminal;

FIG. 4 is a detail view illustrating contact with a stationary, positive battery terminal;

FIG. 5 is an electrical diagram of the power pack;

FIG. 6 is a perspective view of an alternate embodiment of the invention;

FIG. 7 is a perspective view of a rechargeable battery kit;

FIG. 8 is a bottom plan view of the battery compartment cover assembly;

FIG. 9 is a perspective view of a first alternate conductor assembly;

FIG. 10 is a cross-sectional view of a customized contact assembly;

FIG. 11 is a perspective view of a second alternate conductor assembly;

**EXHIBIT 6**
**Page 55 of 59**

5,608,303

3

FIG. 12 is a perspective view of a third alternate conductor assembly;

FIG. 13 is a perspective View of a modified flexible strip.

FIG. 14 is a schematic of a first embodiment of the battery kit;

FIG. 15 is a schematic Of a second embodiment thereof;

FIG. 16 is a detail side view of the prior art contact assembly;

FIG. 17 is a detail view of an improved contact assembly;

FIG. 18 is a perspective view of the preferred embodiment of the contact assembly; and

FIG. 19 is a perspective view of an alternate embodiment of the contact assembly.

DESCRIPTION OF THE PREFERRED
EMBODIMENT OF THE INVENTION

Referring now to the drawing, there is illustrated in FIG. 1 the battery-holding compartment 1 of an electrical device such as a portable radio, cassette recorder, video game unit or the like. The compartment, shown made of transparent material for the sake of clarity, is designed to hold four AA-sized batteries wired in series. Only the first battery 2 is illustrated in phantom lines.. A removable cover 3 closes the access 4 to the battery compartment, and is secured by a flange 5 along a section of the lower back edge 6 of the cover and a detent clip 7 mounted along the front edge 8. The flange 5 bears against the underside of a ledge 9 formed in the rear rim section of the compartment 1. The detent strip 7 passes through a notch 10 in a front ledge section 11 of the compartment, then under that ledge. Each battery is inserted between two terminals 12, 13, 14, 56, 16, 17, and 18, 19. The positive poles at the top of the batteries are placed against stationary positive terminals 12, 14, 16, and 18. The negative pole forming the bottom of the batteries are pressed against spiral springs 13, 15, 17, and 19 forming the negative terminal. Straps 20, 21 and 22 between terminals 13 and 14, 15, and 16, and 17 and 18 combine the batteries into a series arrangement. The positive terminal 12 and the negative terminal 19 pass through the front wall 23 of the compartment and are connected by appropriate wiring 24, 25 to the electrical device circuits. The batteries are separated and cradled by parallel ribs 26–30 formed into the bottom of the compartment.

FIG. 2 illustrates a rechargeable power pack 31, according to the invention, that may be substituted for the four batteries and cover 3 into the compartment of FIG. 1. The power pack has a top 32 the periphery of which is exactly symmetrical to the periphery of cover 3. It also includes a rear flange 33 and a front detent clip 34 to secure the power pack 31 into the compartment 1. A tray 35 containing a group of rechargeable power cells is welded to the bottom of the cover 32. The tray comprises a peripheral wall 36 and a bottom piece 37. The front section 38 and back section 39 of the peripheral walls are spaced apart from the inner front and back walls of the compartment 1 in order to provide clearance for the spiral-spring terminals 13, 15, 17, and 19. Slots 40–44 in the bottom piece 37 are shaped, and positioned to engage the ribs 26–30 in the bottom of the compartment 1 so that the tray 35 occupies the entire depth of the compartment. The median and lower portion of the front section 38 of the peripheral wall is slanted downwardly and inwardly in order to provide additional clearance for the spiral-spring terminals.

Connection between the power pack 31 and the positive and negative terminals 12 and 19 of the compartment are

4

provided by a pair of resiliently flexible prongs 45 and 46 that extend in front of the front section 38 of the peripheral wall. The prongs 45, 46 are identical and are configured to provide a good wiping contact with either the stationary-type terminal 12 or the compressible spiral-spring terminal 19 as illustrated in FIGS. 3 and 4. Each prong is formed from a small strip of copper that begins inside the tray where it is connected to the network of power cells. A hairpin-shaped portion 49 of the strip passes over the top rim of the front wall 38 through one of a pair of slots 47, 48 in the flat top 32. After running shortly downward along the upper outer surface of the front wall 38 it bows away from the front wall section 38 to form a semi-circular arcuate portion 50. When the power pack 31 is inserted into the compartment 1, the negative prongs 46 slips between spiral coils of the negative spring terminal 19, providing a good contact with a terminal after a wiping movement which clears the contacting areas of any oxide or other deposit. The arcuate portion 50 of the other prong 45 comes in contact with the positive stationary terminal 12, and is deflected slightly until its apex 51 bears firmly against the positive terminal 12, The movement of the prongs against the terminal also provides a good wiping movement of the contacting surfaces.

The pair of slots 47, 48 in the flat top provide access to the electrical output of the power pack for use in powering accessories or in wiring auxiliary external power packs in parallel with the one placed in the battery compartment. A recharging connector 52 is also mounted on the flat top.

The set of four rechargeable power cells 53–56 inside the tray 35 are wired in series as illustrated in FIG. 5. A diode 57 and resistor 58 wired in parallel connect the positive output of the series of power cells to the positive terminals of the charging connector 52 and the positive prong terminal 45. Since the anode 59 of the diode 57 is connected to the positive output of the power cells any charging current must pass through the current limiting resistor 58. Any current drawn from the power bells flows directly through the diode 57.

In the case where the original batteries are not laid side-by-side but on end in a battery compartment of an electrical device, the power pack according to the invention must have the general configuration 60 illustrated in FIG. 6. The two contacting prongs 61, 62 are located at opposite ends of the power pack.

One of those prongs 61 has a distal end 63 that curves inwardly to penetrate a lower section of the side wall 64 where it remains embedded for better stability. Due to the inwardly and downwardly orientation of the side wall 64, this type of prong provides effective contact with either types of terminals.

The universal configuration of the power pack terminal prongs, not only will be compatible with the spiral-spring type or stationary type terminals illustrated in this example, but also with a variety of resilient and non-resilient, slotted or integral terminals which may be found in a variety of battery compartments.

FIGS. 7–15 illustrate an alternate approach to the power pack consisting essentially in the replacement of the non-rechargeable batteries in the battery compartment 65 of an electrical device 66 by a set 67 of similarly sized rechargeable batteries, and replacement of the original battery compartment cover by an assembly 68 specially configured to allow recharging of the battery set 67 either during or after operation of the device 66.

The assembly 68 comprises a substantially planar support 69 that is shaped and dimensioned to mimic the original

EXHIBIT 6
Page 56 of 59

5,608,303

5

battery compartment cover of the device and effectively close the opening 70 of that compartment in place of the original cover. As more specifically illustrated in FIGS. 7 and 8, the planar support is connected to the battery compartment and the batteries by a detachable flexible strip 71 which at a first end 72 is permanently attached to the underside of the planar support 69, and includes at its distal end 73 two tips 74, 75 that are shaped and dimensioned to be inserted between the poles of two batteries and their corresponding terminals in the walls of the compartment 65.

In order to compensate for the lower voltage rating, typically 1.2 volt, of NiCad batteries compared to the voltage rating, typically 1.5 volt, of an alkaline battery, an additional battery station 76 is provided in the upper surface of the planar support 69, A socket 77 also mounted on the upper surface of the planar support is designed to receive a jack connector of a recharging current source. An electrical circuit 78 including a charging current limiting resistor 79 and a by-pass diode 80 interconnects the socket 77 and the additional battery station 76 to three connection points 81, 82 and 83 on the proximal end section 72 of the flexible strip 71.

In this embodiment, the flexible strip 72 is made from a laminated sheet of insulating material, as is commonly used in the fabrication of flexible cables, upon which three electrical conductors 84, 85, and 86 have been printed according to well-known techniques. A part 87 of the proximal end section of the flexible strip is also used to mount the electrical circuit 78 and to carry appropriate wiring conductors between the additional battery station terminals 88, 89, the socket 77, the resistor 79, and the diode 80. The flexible strip 72 is hinged along a first fold line 90 parallel and proximal to the front edge 91 of the planar support 69. The distal end is also folded along a second fold line 92 so that when the contacting tips 74 and 75 are inserted between the poles and corresponding terminals of the two end batteries 93, 94 of the set 67, the assembly assumes the Z-shape configuration illustrated in FIG. 7. This particular arrangement allows for easy and convenient insertion of the contacting tips 74, 75 and closure and reopening of the battery compartment 65. As more specifically shown in the diagram of FIG. 14, the first tip 74 which contacts the positive pole of battery 93 and the positive terminal 95 of the compartment has a first pole-contacting area 97 that is connected to conductor 84 on one side of the tip 74, and a first terminal contacting area 98 connected to conductor 85 on the opposite face of the tip 74. The first pole-contacting area 97 and the first terminal-contacting area 98 are insulated by the-thickness of the tip 74. By contrast, the second pole-contacting area 99 on one side of the second tip 75 and the second terminal-contacting area 100 on the opposite side of that tip are both connected to conductor 86 by means of a feedthrough 101, or via other appropriate technique.

In the event that the compartment 65 houses an odd number of batteries, the two tips must be positioned on opposite sides of the compartment. This is achieved by separating the distal halves 102, 103 of the flexible strip, and folding one half 103 along a third fold line 104 as illustrated in FIG. 13.

When a limited number of batteries are reused by the device, the additional battery station 76 of FIG. 1 may be omitted since the voltage difference between the rechargeable type and non-rechargeable type of batteries may be insignificant. FIG. 15 illustrates the wiring of such a simplified assembly where only three batteries are used, necessitating placement of the tips at opposite sides of the battery compartment. In the embodiment illustrated by the sche-

6

matic of FIG. 14, the diode 80 is used to by-pass the current limiting resistor 79 when the current necessary to operate the device is drawn from the rechargeable batteries. The schematic of FIG. 15 illustrates an alternate arrangement wherein the socket 77 incorporates a switch 105 that acts in lieu of the diode 80 of the alternate embodiment to short-circuit the resistor 79 when the operating current is drawn directly from the battery set and not from the remote charging source. The switch 105 is opened when the recharge current source jack is inserted into the socket, thus placing the resistor 79 in the recharging current path to the batteries.

Illustrated in FIGS. 9, 11 and 12 are alternate embodiments of the flexible connection between the substitute battery compartment cover and the battery poles and terminals, using separate wires and cables instead of a printed flexible strip. In the embodiment of FIG. 9, the contacting tips 74, 75 of the previously described embodiments are replaced by a cap 106 and a disc 107. The cap 106 is shaped and dimensioned to fit over the positive poles of the batteries. The disc 107 is assigned to lie against the negative pole of the batteries. The caps have an internal, battery pole-contacting element 108 which is separated from the surrounding terminal-contacting element 109 by an insulator 110. In the embodiment illustrated in FIG. 11, the cap and disc are separated and positioned by a small strip 111 of insulating rigid material which facilitates the selection of the battery connections and their positioning into the battery compartment.

In the embodiment of FIG. 12, pole-contacting areas and terminal-contacting areas are printed on a substrate 112 in a manner similar to the technique used on the flexible strip of the previously described embodiment of the invention. In this embodiment, the tips 112 and 113 are positioned for insertion in opposite sides of the compartment housing an odd number of rechargeable batteries.

In order to prevent use of the battery-recharging assembly according to this invention with non-rechargeable batteries, the positive pole-contacting area of a cap or tip may be provided with an insulated nib 115 which projects from the center of the pole-contacting area and thus prevent contact between the battery pole 116 and its contacting area 117 unless the positive pole of the battery has a cavity 118 positioned to engage the nib 115. Such a cavity would be provided exclusively on rechargeable batteries. In such a case, the specially configured batteries and the recharging assembly would be provided as a complete replacement kit for the rechargeable batteries.

FIG. 16 illustrates the problematic bending of a flexible prong 119 mounted on the side of a power supply pack 120 during insertion into the battery compartment 121 of an electronic device when the prong is caught by the edge 122 of the compartment.

The problem is corrected by the improvement illustrated in FIGS. 17 and 18 where the distal unattached end 123 of an improved prong 124 is shielded by a baffle 125. The baffle is mounted next to the prong in a vertical plane parallel to it. The prong is formed to provide an oblique linear section 126 between the arcuate contact section 127 and the distal tip 123. This linear section of the prong forms a smooth sliding ramp for any contact between the edge 122 of the compartment and the prong. The root 128 of the prong is preferably spaced slightly apart from all the vertical lateral wall 129 of the power supply pack in order to increase the clearance for the inward flexible movement of the prong upon contact with the edge 22 of the compartment.

FIG. 18 illustrates the preferred embodiment of the prong assembly suitable for use on the power pack illustrated in

EXHIBIT 6
Page 57 of 59

7

FIG. 2; wherein a pair of baffles **129, 130** are used astride the prong **124**.

In the alternate embodiment of the prong assembly illustrated in FIG. 19, the distal end **131** of the prong **132** nests into a cavity **133** along the lower edge of the housing side wall **143**.

while the preferred embodiments of the invention have been described, modifications can be made and other embodiments may be device without departing from the spirit of the invention and the slope of the appended claims.

What is claimed is:

1. The combination of an electrical device including a compartment having a first length, a width and a depth originally and exclusively dimensioned to hold an even number of batteries therein, said batteries being mounted side-by-side in alternating opposite directions and being interconnected to provide a working voltage level to said device, said compartment having a top opening sized to allow one-by-one loading and unloading said batteries into and out of said compartment, said opening having a second length shorter than said first length, and a ledge extending from a lateral wall of said compartment to said opening, terminals protruding from lateral walls of said compartment and wired to carry electrical current from said batteries to electrical circuits in said device, at least two of a first type of said terminals including resiliently compressible first contact member extending from opposite lateral walls of said compartment including one terminal extending under said opening and said first type of terminals being positioned to forcefully contact poles of said batteries, and at least two of a second type of said terminals including second contact member positioned under said ledge to contact opposite poles of said batteries, and a removable cover shaped and dimensioned to close said opening co-planarly with said ledge, with a rechargeable power supply which comprises:

a housing having a portion shaped and dimensioned to be at least partially introduced into said compartment through said opening;

at least one rechargeable power cell mounted within said housing and having positive and negative poles, and an output voltage substantially equal to said voltage level;

a current conducting means wired for feeding a charging current to said at least one power cell, said current conducting means including a connector mounted on said housing; and

means for connecting said at least one cell to said terminals, including a first resiliently compressible prong protruding laterally from said housing and being sized and positioned on a side wall of said portion to extend under said ledge and come in contact with a second contact member of one of said second type of terminals and a second prong positioned on said side wall to come into contact with one of said first contact members when said portion of said housing is inserted into said compartment.

2. The combination of claim 1, wherein said connector comprises:

a two-pole jack wired to said first and second prongs.

3. The combination of claim 2, wherein said means for connecting further comprise:

A resistor and a diode, said diode having an anode terminal and a cathode terminal, said resistor and diode being wired in parallel between one of said terminals and the positive pole of said at least one power cell, the anode terminal of the diode being wired to said positive pole.

8

4. The combination of claim 2, wherein said connector is positioned on a section of said housing accessible when said portion is inserted into said compartment.

5. The combination of claim 3, wherein said compartment comprises a plurality of parallel bottom ribs spaced to position and cradle said batteries;

said housing includes a bottom piece; and

said bottom piece has slots positioned and dimensioned to engage said ribs.

6. The combination of claim 2, wherein said housing has a top including a peripheral section, said connector being mounted on said top; and

said means for feeding a charging current comprises a current-limiting circuit between said connector and said at least one power cell.

7. The combination of claim 3, wherein said housing includes a peripheral wall slanted inwardly and away from one of said contact members.

8. A rechargeable power supply for use in combination with an electrical device that includes a compartment having a first length, a width and a depth originally and exclusively dimensioned to hold an even number of batteries therein, said batteries being mounted side-by-side in alternating opposite directions and being interconnected to provide a working voltage level to said device, said compartment having a top opening sized to allow one-by-one loading and unloading said batteries into and out of said compartment, said opening having a second length shorter than said first length, and a ledge extending from a lateral wall of said compartment to said opening, terminals protruding from lateral walls of said compartment and wired to carry electrical current from said batteries to electrical.circuits in said device, at least two of a first type of said terminals including resiliently compressible first contact members extending from opposite lateral walls of said compartments including one terminal extending under said opening and said first type of terminals being positioned to forcefully contact poles of said batteries, and at least two of a second type of said terminals including second contact members positioned under said ledge to contact opposite poles of said batteries, and a removable cover shaped and dimensioned to close said opening co-planarly with said ledge, said rechargeable power supply comprising:

a housing having a portion shaped and dimensioned to be at least partially introduced into said compartment through said opening;

at least one rechargeable power cell mounted within said housing and having positive and negative poles, and an output voltage, substantially equal to said voltage level;

current conducting means wired for feeding a charging current to said at least one power cell, said current conducting means including a connector mounted on said housing; and

means for connecting said at least one cell to said terminals, including a first resiliently compressible prong protruding laterally from said housing and being sized and positioned on a side wall of said portion to extend under said ledge and come in contact with a second contact member of one of said second type of terminals and a second prong positioned on said side wall to come into contact with one of said first contact members when said portion of said housing is inserted into said compartment.

9. The power supply of claim 8, wherein said connector comprises:

a two-pole jack wired to said first and second prongs.

EXHIBIT 6
Page 58 of 59

5,608,303

9

10. The power supply of claim 9, wherein said means for connecting further comprise:

A resistor and a diode, said diode having an anode terminal and a cathode terminal, said resistor and diode being wired in parallel between one of said terminals and the positive pole of said at least one power cell, the anode terminal of the diode being wired to said positive pole.

11. The power supply of claim 9, wherein said connector is positioned on a section of said housing accessible when said portion is inserted into said compartment.

12. The power supply of claim 8, wherein said compartment comprises a plurality of parallel bottom ribs spaced to position and cradle said batteries;

10

said housing includes a bottom piece; and
said bottom piece has slots positioned and dimensioned to engage said ribs.

13. The power supply of claim 9, wherein said housing has a top including a peripheral section, said connector being mounted on said top; and

said means for feeding a charging current comprises a current-limiting circuit between said connector and said at least one power cell.

14. The power supply of claim 9, wherein said housing includes a peripheral wall slanted inwardly and away from one of said contact members.

* * * * *

**EXHIBIT 6**
**Page 59 of 59**

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>  00CV0716JM(POR) | DATE FILED<br>  04/07/00 | U.S. DISTRICT COURT<br>  United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Nyko Technologies Inc. | | DEFENDANT<br><br>Red Line Laboratories, Inc.; G.I. Manufacturing Industries Inc.; Steven G. Leiserson |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 5,192,904 | 03/09/1993 | Steven G. Leiserson |
| 2 5,225,760 | 07/06/1993 | Steven G. Leiserson |
| 3 5,260,636 | 11/09/1993 | Steven G. Leiseron; Richard L. Groendyke |
| 4 5,426,358 | 06/20/1995 | Steven G. Leiseron; Richard L. Groendyke |
| 5 5,506,488 | 04/09/1996 | Steven G. Leiseron |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** |
| 6 5,608,303 | 03/04/1997 | Steven G. Leiseron |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br><br>00CV0716JM(POR) | DATE FILED<br><br>04/07/00 | U.S. DISTRICT COURT<br><br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Nyko Technologies Inc. | | DEFENDANT<br><br>Red Line Laboratories, Inc.; G.I. Manufacturing Industries Inc.; Steven G. Leiserson |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 5,192,904 | 03/09/1993 | Steven G. Leiserson |
| 2 5,225,760 | 07/06/1993 | Steven G. Leiserson |
| 3 5,260,636 | 11/09/1993 | Steven G. Leiseron; Richard L. Groendyke |
| 4 5,426,358 | 06/20/1995 | Steven G. Leiserson; Richard L. Groendyke |
| 5 5,506,488 | 04/09/1996 | Steven G. Leiseron |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE |
| 6 5,608,303 | 03/04/1997 | Steven G. Leiseron |
| | | |
| | | |
| | | |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>    00CV0716JM(POR) | DATE FILED<br>    04/07/00 | U.S. DISTRICT COURT<br>    United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Nyko Technologies Inc. | | DEFENDANT<br><br>Red Line Laboratories, Inc.; G.I. Manufacturing Industries Inc.; Steven G. Leiserson |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 5,192,904 | 03/09/1993 | Steven G. Leiserson |
| 2 5,225,760 | 07/06/1993 | Steven G. Leiserson |
| 3 5,260,636 | 11/09/1993 | Steven G. Leiseron; Richard L. Groendyke |
| 4 5,426,358 | 06/20/1995 | Steven G. Leiseron; Richard L. Groendyke |
| 5 5,506,488 | 04/09/1996 | Steven G. Leiseron |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE | |
| 6 5,608,303 | 03/04/1997 | Steven G. Leiseron | |
| | | | |
| | | | |
| | | | |
| | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| <br><br><br><br> |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner

**CIVIL COVER SHEET**

ORIGINAL

| I(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Nyko Technologies, Inc., a California corporation | Red Line Laboratories, Inc., a California corporation<br>G.I. Manufacturing Industries, Inc., a New Hampshire corp.<br>Steven G. Leiserson, an individual |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF LOS ANGELES<br>EXCEPT IN U.S. PLAINTIFF CASES | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT SAN DIEGO |
|---|---|

FILED

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| LYON & LYON, LLP<br>4225 EXECUTIVE SQUARE, SUITE 800<br>LA JOLLA, CA 92037<br>(858) 552-8400 | 00 APR -7 PM 4:14<br>CLERK DISTRICT COURT<br>SOUTH... DISTRICT OF CALIFOR...<br>BY:                    DEPUTY |

'00 CV 0016 JM (POR)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties In Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR
(For Diversity Cases Only)   PLAINTIFF AND ONE FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION DEMAND $
UNDER F.R.C.P. 23

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

35 U.S.C. § 101 et. seq. (Patent Infringement)    28: 2201 dj

## VII. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| OTHER STATUTES | CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury- | ☐ 625 Drug Related Seizure of Property 21 USC 881 | |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Product Liability | | **PROPERTY RIGHTS** |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of | Slander | ☐ 368 Asbestos Personal Injury Product | ☐ 630 Liquor Laws | ☐ 820 Copyrights |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | Judgment | ☐ 330 Federal Employers' Liability | Liability | ☐ 640 R.R. & Truck | ☒ 830 Patent |
| ☐ 810 Selective Service | ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 152 Recovery of Defaulted Student Loans | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** |
| ☐ 875 Customer Challenge 12 USC 3410 | (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 153 Recovery of Overpayment Of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 195 Contract Product Liability | | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Information Act | **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 890 Other Statutory Actions | ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | |
| | ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | |
| | ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | |
| | ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | |

## VIII(a). IDENTICAL CASES: Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

CV71 (3/97)                    CIVIL COVER SHEET                    Page 1 of 2

CIVIL COVER SHEET
(Reverse Side)

**AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?   ☒ No   ☐ Yes

If yes, list case number(s):_____

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:

(CHECK ALL BOXES THAT APPLY)

☐ A.   Appear to arise from the same or substantially identical transactions, happenings, or events;

☐ B.   Involve the same or substantially the same parties or property;

☐ C.   Involve the same patent, trademark or copyright;

☐ D.   Call for determination of the same or substantially identical questions of law, or

☐ E.   Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX.  VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides. (Use an additional sheet if necessary.)
☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENTS OR EMPLOYEES IS A NAMED PLAINTIFF.

| | |
|---|---|
| **G.I. Manufacturing Industries** | **S.D., California (§ 1391 (c))** |
| **Red Line Laboratories** | **S.D., California** |
| **Steven G. Leiserson** | **S.D., California** |

List the California County, or State if other than California, in which EACH named defendant resides.  (Use an additional sheet if necessary.)
☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED DEFENDANT.

List the California County, or State if other than California, in which EACH claim arose.  (Use an additional sheet if necessary.)
**NOTE:** In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER): X** _(signature)_ _____ **Date** 4/7/00

**NOTICE TO COUNSEL/PARTIES:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3.3 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |